# EXHIBIT 2

# GRAS NOTICE FOR MYOGLOBIN PREPARATION

**SUBMITTED TO:**

Office of Food Additive Safety (HFS-200)
Center for Food Safety and Applied Nutrition (CFSAN)
Food and Drug Administration
5001 Campus Drive
College Park, MD
20740  USA

**SUBMITTED BY:**

Motif FoodWorks, Inc.
27 Drydock Avenue, 2nd Floor
Boston, Massachusetts
02210  USA

**DATE:**

April 14, 2021

# GRAS Notice for Myoglobin Preparation

## TABLE OF CONTENTS

PART 1. § 170.225 SIGNED STATEMENTS AND CERTIFICATION ..................................................... 3
    1.1    Name and Address of Notifier ............................................................................... 3
    1.2    Common Name of Notified Substance ................................................................... 3
    1.3    Conditions of Use .................................................................................................. 3
    1.4    Basis for GRAS ....................................................................................................... 4
    1.5    Availability of Information ...................................................................................... 4
    1.6    Freedom of Information Act, 5 U.S.C. 552 ............................................................. 4

PART 2. § 170.230 IDENTITY, METHOD OF MANUFACTURE, SPECIFICATIONS,  AND PHYSICAL OR
TECHNICAL EFFECT ................................................................................................................... 5
    2.1    Identity of the Ingredient ....................................................................................... 5
    2.2    Method of Manufacture ......................................................................................... 9
        2.2.1    Description of the Production Microorganism ......................................... 9
        2.2.2    Description of the Manufacturing Process ............................................. 11
    2.3    Product Specifications and Batch Analysis ........................................................... 12

PART 3. § 170.235 DIETARY EXPOSURE ................................................................................... 14
    3.1    Background Intake of Myoglobin .......................................................................... 14
    3.2    Estimated Dietary Intake of Myoglobin Preparation Using NHANES .................... 15

PART 4. § 170.240 SELF-LIMITING LEVELS OF USE .................................................................... 17

PART 5. §170.245 EXPERIENCE BASED ON COMMON USE IN FOOD BEFORE  1958 ...................... 18

PART 6. § 170.250 NARRATIVE AND SAFETY INFORMATION ...................................................... 19
    6.1    Safety of the Production Strain ............................................................................. 20
    6.2    Safety of Myoglobin ............................................................................................. 22
        6.2.1    History of Safe Consumption of Myoglobin ........................................... 22
        6.2.2    Allergenicity of Myoglobin ..................................................................... 23
        6.2.3    Toxigenicity of Myoglobin ..................................................................... 25
    6.3    General Recognition of Safety ............................................................................. 26
    6.4    Conclusion ........................................................................................................... 27

PART 7. § 170.255 LIST OF SUPPORTING DATA AND INFORMATION ........................................... 28

## List of Figures and Tables

Figure 2.1-1    Amino Acid Sequence Homology of Motif FoodWorks' Myoglobin to Bovine Myoglobin ...................................................................................................... 5

Figure 2.1-2    Sodium Dodecyl Sulfate Polyacrylamide Gel Electrophoresis (SDS-PAGE) Results of Myoglobin from Myoglobin Preparation with Lane 2 Showing Motif FoodWorks' Myoglobin Preparation and Lane 3 Showing Bovine Myoglobin Standard ................................................................................................... 7

Figure 2.1-3    Characterization of Myoglobin from Myoglobin Preparation and Bovine Muscle-Derived Myoglobin Standard by Size Exclusion Chromatography (A and B) and Ultraviolet-Visible Spectroscopy (C and D) ........................................... 8

Figure 2.1-4    Predicted Glycosylation Pattern Using Liquid Chromatography Mass Spectroscopy (LC-MS/MS) Analyses of Commercial Bovine Myoglobin Standard (Right) Compared to Myoglobin from *Pichia* (Left) .................................... 9

Figure 2.2.2.2-1  Schematic Overview of the Recovery Process Steps to Obtain the Myoglobin Protein .................................................................................................... 12

Figure 6.2.1-1  Chemical Structure of Myoglobin ............................................................ 22

Table 2.2.1.1-1  Taxonomic Identity of *Pichia pastoris* .................................................... 10

Table 2.3-1     Product Specifications and Analysis of 3 Production Batches of Myoglobin Preparation ............................................................................................. 13

Table 3.1-1     Concentrations of Myoglobin in Meat and Poultry Products .......................... 14

Table 3.1-2     USDA-ERS *Per Capita* Consumption Estimates for Various Meat Sources Adjusted for Loss[a] ........................................................................................ 15

Table 3.2-1     Estimated Mean Daily Intake of Myoglobin from Meat Alternative Products in the U.S. for "Consumers Only" Aged 2+ Years (2013-2018 NHANES Data) ........... 16

DocuSign Envelope ID: A77F347A-9826-4C65-AA06-66980058B69D

# GRAS Notice for Myoglobin Preparation

## Part 1.  § 170.225 Signed Statements and Certification

In accordance with 21 CFR §170 Subpart E consisting of §170.203 through 170.285, Motif FoodWorks, Inc. (Motif FoodWorks) hereby informs the United States (U.S.) Food and Drug Administration (FDA) that a Myoglobin Preparation, as manufactured by Motif FoodWorks, is not subject to the premarket approval requirements of the *Federal Food, Drug, and Cosmetic Act* based on Motif FoodWorks' view that the notified substance is Generally Recognized as Safe (GRAS) under the conditions of its intended use described in Section 1.3 below.  In addition, as a responsible official of Motif FoodWorks the undersigned hereby certifies that all data and information presented in this Notice represents a complete, representative, and balanced submission, and considered all unfavorable as well as favorable information known to Motif FoodWorks and pertinent to the evaluation of the safety and GRAS status of the Myoglobin Preparation as a food ingredient for use in a variety of food products, as described herein.

DocuSigned by:

*Janet E. Collins*

2F33C163C3DE422...

4/15/2021

_____        _____

Janet E. Collins, Ph.D., R.D.                                 Date
Vice President, Regulatory Government and Industry Affairs
Motif FoodWorks, Inc.
jcollins@motiffoodworks.com

## 1.1  Name and Address of Notifier

Motif FoodWorks, Inc.
27 Drydock Avenue, 2nd Floor
Boston, Massachusetts
02210  USA

## 1.2  Common Name of Notified Substance

Yeast-derived heme protein (non-animal)

## 1.3  Conditions of Use

Motif FoodWorks' Myoglobin Preparation is intended for use in plant-based ground meat analogue products at levels providing ≤2% myoglobin protein to contribute to the flavor and aroma in ground meat analogues to mimic flavors associated with cooked ground meat.  Examples of meat analogue products include burgers, patties, sausages, and other plant-based meat analogues, including fresh and/or frozen entrées or meals, where ground meat or poultry is typically the principal ingredient.

The use of Myoglobin Preparation in ground meat analogues is self-limiting based on acceptable organoleptic (flavor and aroma) properties of the final food products.

The Myoglobin Preparation is intended for use in food products consumed by the general population.  As Myoglobin Preparation will be used in meat alternative products, substituting 1:1 for conventional meat and poultry products, consumption patterns for food products containing Myoglobin Preparation as an ingredient are anticipated to be similar to those for meat and poultry in a typical American diet.  The Myoglobin Preparation is not intended for use in infant formula and is not intended for addition to meat and poultry products regulated by the United States Department of Agriculture (USDA).  Motif notes that myoglobin imparts a red coloration when exposed to oxygen and simulated ready-to-cook meat products that incorporate myoglobin will typically have a red to pink coloration similar to meat.  Although the primary function of myoglobin in food is for flavor, a secondary effect of the ingredient on the coloring of some food applications is recognized and a Color Additive Petition will be submitted to the Agency to support such uses.

## 1.4    Basis for GRAS

Pursuant to 21 CFR § 170.30 (a)(b) of the *Code of Federal Regulations* (CFR) (U.S. FDA, 2020a), Motif FoodWorks has concluded that the intended uses of Myoglobin Preparation as described herein are GRAS on the basis of scientific procedures.

## 1.5    Availability of Information

The data and information that serve as the basis for this GRAS Notification will be sent to the U.S. FDA upon request, or will be available for review and copying at reasonable times at the offices of:

> Motif FoodWorks, Inc.
> 27 Drydock Avenue, 2nd Floor
> Boston, Massachusetts
> 02210  USA

Should the U.S. FDA have any questions or additional information requests regarding this Notification, Motif FoodWorks will supply these data and information upon request.

## 1.6    Freedom of Information Act, 5 U.S.C. 552

It is Motif FoodWorks' view that all data and information presented in Parts 2 through 7 of this Notice do not contain any trade secret, commercial, or financial information that is privileged or confidential, and therefore, all data and information presented herein are not exempted from the *Freedom of Information Act*, 5 U.S.C. 552.

# Part 2.    § 170.230 Identity, Method of Manufacture, Specifications, and Physical or Technical Effect

## 2.1    Identity of the Ingredient

Motif FoodWorks' myoglobin ingredient is a liquid flavoring preparation (herein referred to as Myoglobin Preparation) containing myoglobin produced by fermentation from a modified strain of *Pichia pastoris* expressing the myoglobin gene from *Bos taurus*.  The ingredient has a moisture content of ≥92.5%, a myoglobin content of ≥3%, and a myoglobin protein purity of ≥65%.  The remaining components of Myoglobin Preparation include water, ash (≤1.5% w/w), fat (≤1% w/w), and carbohydrate (≤0.5% w/w) and has a total organic solids (TOC) content of ≤7.5%[1].  Myoglobin Preparation is formulated with food-grade excipients, stabilizers, preservatives (*e.g.*, sodium phosphate, sodium ascorbate, sodium chloride), and antimicrobial agents, depending on storage conditions.

Myoglobin[2] (UniProtKB/Swiss-Prot No. P02192, GeneID: 280695, VGNC Symbol: MB) is the characterizing component of the Myoglobin Preparation.  As shown in Figure 2.1-1 below, the myoglobin protein in the Myoglobin Preparation has 100% sequence homology to myoglobin protein from *Bos taurus*.  Bovine myoglobin has a high level of homology to hemoglobin proteins from porcine and ovine species, as well as from birds.

**Figure 2.1-1    Amino Acid Sequence Homology of Motif FoodWorks' Myoglobin to Bovine Myoglobin**



---

[1] The Myoglobin Preparation may contain ≤0.2 mg/L *Pichia* protein.
[2] UniProtKB/Swiss-Prot No. P02192. GeneID No. 280695. VGNC Symbol: MB.

Motif FoodWorks, Inc.
April 15, 2021                                                                                                                                5

DocuSign Envelope ID: A77F347A-9826-4C65-AA06-669890E6B69D

The myoglobin present in Motif FoodWorks' Myoglobin Preparation has been characterized by sodium dodecyl sulfate polyacrylamide gel electrophoresis (SDS-PAGE), size exclusion chromatography (SEC), and peptide mass spectrometry.  As shown in Figure 2.1-2, myoglobin obtained from fermentation of *P. pastoris* strain t838417 (Lane 2) has a molecular weight of approximately 17 kDa, corresponding to its predicted molecular weight, and displays a similar gel migration pattern to a commercial bovine muscle-derived myoglobin standard (Innovative Research; Catalog # IBOMBLY250MG).  The slight differences in the migration patterns are explained by the apparent low-level O-glycosylation within the bovine standard identified during proteomic analyses.  Similar findings were observed in the SEC profiles when Motif FoodWorks' Myoglobin Preparation was compared to a commercial standard demonstrating a high purity of the ingredient and slight differences in retention times due to the absence of glycosylation in myoglobin from *P. pastoris* (Figure 2.1-3).  The results of the proteomics analyses corroborate the identity of the protein as bovine myoglobin relative to a commercial standard and demonstrate that the material contains negligible glycosylation compared to 3 potential O-glycosylation sites identified in the bovine myoglobin standard (Table 2.1-4).  Low level residues (≤0.2 mg/L) of native proteins from the fermentation organism are expected to be present in the myoglobin preparation.  *Pichia* yeast has a long history of safe use in food biotechnology for production of food enzymes (EFSA, 2017, Spohner *et al*., 2015) and the production strain has been used previously for the manufacture of soybean leghemoglobin, a similar protein used for flavoring (FDA, 2018a).

A discussion of the historical use and safety of *Pichia* yeast as a food processing organism is presented in Sections 2.2.1 and 6.1.  Based on the long history of safe use of *Pichia pastoris* in food production and recent characterization of native proteins from the same production strain as reported by Jin *et al*., (2018), further characterization of the residual *Pichia* proteins was not considered necessary for the GRAS evaluation.

**Figure 2.1-2**     **Sodium Dodecyl Sulfate Polyacrylamide Gel Electrophoresis (SDS-PAGE) Results of Myoglobin from Myoglobin Preparation with Lane 2 Showing Motif FoodWorks' Myoglobin Preparation and Lane 3 Showing Bovine Myoglobin Standard**



**Figure 2.1-3     Characterization of Myoglobin from Myoglobin Preparation and Bovine Muscle-Derived Myoglobin Standard by Size Exclusion Chromatography (A and B) and Ultraviolet-Visible Spectroscopy (C and D)**





**Figure 2.1-4**      **Predicted Glycosylation Pattern Using Liquid Chromatography Mass Spectroscopy (LC-MS/MS) Analyses of Commercial Bovine Myoglobin Standard (Right) Compared to Myoglobin from *Pichia* (Left)**



## 2.2      Method of Manufacture

### 2.2.1      Description of the Production Microorganism

#### 2.2.1.1      Host (Parental) Organism

*Pichia pastoris*[3] is a eukaryotic, methylotrophic, non-pathogenic, and non-toxigenic microorganism widely used by the biotechnology industry for production of recombinant proteins and food enzymes (Balamurugan *et al.*, 2007; Kurtzman, 2009).  The genome of *P. pastoris* was sequenced in 2009 (De Schutter *et al.*, 2009).  *P. pastoris* was first used in the commercial preparation of a single cell protein for use in animal feed, and since then has been extensively used in food production and human pharmaceutical products (Ahmad *et al.*, 2014; Brady *et al.*, 2020).  According to Brady *et al.* (2020), since 2003, *P. pastoris* has been used as a host organism in over 7,000 research articles and accounted for approximately 17% of the total recombinant genes produced in 2009 (Sørensen, 2010).  *P. pastoris* is a well characterized microorganism and has an established history of safe use in food production.  A detailed description of *P. pastoris* was discussed in GRAS Notice (GRN) 737.  In the European Union (EU), *P. pastoris* (*K. phaffiii*) was granted qualified presumption of safety (QPS) status by the European Food Safety Authority (EFSA) Panel on Biological Hazards for use in enzyme production (EFSA, 2017).

---

[3] *Pichia pastoris* was reassigned to the genus *Komagataella* following phylogenetic analysis of gene sequences, and important strains of '*Pichia pastoris*' commonly used in biotechnology are members of *Komagatealla phaffii*. (Kurtzman *et al.*, 2020).

The taxonomic identity of *P. pastoris* is presented in Table 2.2.1.1-1.

**Table 2.2.1.1-1      Taxonomic Identity of *Pichia pastoris***

| Kingdom | Fungi |
|---------|-------|
| Phylum | Ascomycota |
| Class | Saccharomycetes |
| Order | Saccharomycetales |
| Family | Phaffomycetaceae |
| Genus | *Komagataella* |
| Species | *phaffi (pseudonym = Pichia pastoris)* |

The host organism, *P. pastoris* NRRL Y-7556, used for construction of the production strain (t303048), is a methylotrophic yeast capable of using methanol as the sole carbon source.  The lineage of this organism was discussed by Brady *et al*. (2020).  Genetic typing of the strain has resulted in re-naming of the strain from *Pichia pastoris* to *Komagatella phaffii* (Kurtzman, 2009); however, the strain is still often referred to as *Pichia pastoris,* and for simplicity the name *P. pastoris* will be used throughout the Notification.

As reported by Braun-Galleani *et al.* (2019) almost all research on *K. phaffii* (*P. pastoris*) has been conducted using the genetic background of strain CBS7435 (synonymous with NRRL Y-11430).  The origin of this strain was previously unclear since the strain was first deposited in the CBS and NRRL culture collections in connection with a US patent granted to Phillips Petroleum; however, Braun-Galleani *et al.* (2019) have demonstrated that CBS7435 (NRRL Y-11430) is identical to the type strain of *K. phaffii* (NRRL Y-7556), which was isolated from an oak tree.  Corroborating these conclusions, genotypic analyses by Brady *et al.,* (2020) have demonstrated that strain NRRL Y-11430 and NRRL Y-7556 differ by a single nucleotide polymorphism (SNP).  Motif FoodWorks has therefore concluded that the *P. pastoris* NRRL Y-7556 host strain is from the same lineage as *P. pastoris* NRRL Y-11430, which served as the host organism for production of soybean leghemoglobin (Impossible Foods, Inc., 2017; U.S. FDA, 2018a).

### 2.2.1.2   Construction of the Production Organism

The production strain, *P. pastoris* t838417, was constructed obtained from a genetically modified strain of *P. pastoris*, using the principles described by the Organisation for Economic Co-operation and Development (OECD) criteria for Good Industrial Large-Scale Practice (GILSP) microorganisms (OECD, 1992, 1993), as well as criteria for safe production microorganisms (Pariza and Foster, 1983; Pariza and Johnson, 2001).

The parental organism, *P. pastoris* t303048, is genetically modified to overexpress the proteins of the native heme biosynthetic pathway of *P. pastoris*.  The heme biosynthetic pathway consists of 8 steps, each catalyzed by an enzyme that is highly conserved across plant, animal, and fungal species.  Genes encoding all 8 enzymes were generated by DNA synthesis and transformed into *P. pastoris* t303048 using antibiotic resistance cassettes.  The antibiotic resistance cassettes were removed from the strains after each round of transformation.  This process yielded a stable intermediate strain, *P. pastoris* t486367, containing extra copies of each of the native *Pichia* heme biosynthesis enzymes.

*P. pastoris* t486367 was then modified to express *Bos taurus* (bovine myoglobin) protein.  The *Bos taurus* myoglobin gene was codon-optimized for expression in *P. pastoris* and generated by DNA synthesis; multiple copies of the gene were stably integrated, along with an antibiotic resistance cassette, into *P. pastoris* t486367, using standard biotechnology practices.  Subsequently, the antibiotic resistance cassette was removed.  The resulting strain was identified as *P. pastoris* t830652.  The gene encoding for bovine myoglobin is the only recombinant protein-encoding DNA inserted into the host organism.

To support optimal expression of the promoters utilized in the previous steps, *P. pastoris* t830652 was modified by inserting an additional copy of the gene encoding a transcription factor native to *P. pastoris*, along with an antibiotic resistance cassette. Following introduction of the transcription factor gene and removal of the antibiotic resistance gene, the production strain *P. pastoris* t838417 was obtained.

The production strain does not contain any antibiotic resistance genes or plasmid sequences, and therefore, does not pose any risk of transferring antibiotic resistance to non-related organisms. Similarly, no antibiotic resistance genes/DNA are present in the Myoglobin Preparation. Removal of all antibiotic resistance genes introduced during construction of the production strain was confirmed phenotypically and by whole genome sequencing. Myoglobin Preparation does not contain viable cells of the production strain, as they are lysed during the manufacturing process and removed by centrifugation and microfiltration. The Myoglobin Preparation may contain residual *Pichia* proteins at levels ≤0.2 mg/L.

All changes introduced into the production strain *P. pastoris* t838417 are stably integrated in the genome and confirmed to be present after growth on non-selective fermentation media during and after a round of fermentation. No plasmid sequences are present in the production strain, and therefore no plasmid sequences are expected to be capable of being transferred from the production strain to non-related organisms.

## 2.2.2   Description of the Manufacturing Process

### 2.2.2.1   Raw Materials and Processing Aids

All raw materials and processing aids comply with food-grade specifications, as established in the *Food Chemicals Codex* (FCC) or equivalent international food or pharmacopeia standard (*e.g.*, United States Pharmacopeia), and are permitted for use in food by U.S. federal regulations or are GRAS for their respective uses. All filtration aids are those commonly used by the food industry in the purification of food ingredients.

### 2.2.2.2   Production Process

The myoglobin protein is prepared in stages: expression of myoglobin protein by the production organism following submerged fermentation (Fermentation Process), then enrichment and stabilization of the expressed myoglobin protein (Recovery Process). The Myoglobin Preparation is standardized to a concentration of about 3% myoglobin protein (purity ≥65%). The production process of the Myoglobin Preparation is discussed in further detail below.

In the Fermentation Process, the production strain *P. pastoris* t838417 is fermented by submerged fed-batch fermentation for the expression of myoglobin protein. The cells of the production strain are kept at -80°C in 20% (v/v) glycerol as the source inoculum. Working cell banks are prepared from the master cell bank after testing for microbial purity, specific growth rate, and yield prior to production fermentation. The fermentation broth is periodically analyzed microscopically to ensure culture purity. Process parameters including pH, temperature, agitation, dissolved oxygen, methanol concentration, and glycerol concentration are routinely monitored through fermentation following methods consistent with GRN 737 (Impossible Foods, Inc., 2017; U.S. FDA, 2018a). If microbial contamination is detected or other process deviations impacting safety and/or quality of the final product are identified, the fermentation broth is sterilized by steam in place and discarded.

Following the fermentation process, the production strain cells in the fermentation broth are washed and lysed.  Insoluble material within the lysate is removed by centrifugation and microfiltration.  Ultrafiltration is used to concentrate the myoglobin protein.  The resulting concentrate is formulated with sodium chloride, sodium phosphate, sodium ascorbate, and may include other food-grade antimicrobials and antioxidants to stabilize the formulation, which is stored as a frozen liquid (-20°C).

A schematic overview of the recovery process is provided in Figure 2.2.2.2-1.

**Figure 2.2.2.2-1    Schematic Overview of the Recovery Process Steps to Obtain the Myoglobin Protein**



## 2.3    Product Specifications and Batch Analysis

Food-grade specifications for physical, chemical, and microbiological parameters have been established for the Myoglobin Preparation.  All methods of analysis are internationally recognized (*e.g.,* Association of Official Analytical Chemists, U.S. FDA Bacteriological Analytical Manual).  The chemical, physical, and microbiological specifications of the product are presented in Table 2.3-1.  Pathogen presence or greater than $10^4$ CFU/mL aerobic count, or failure to comply with the specifications would result in batch discard; execution of additional sanitization standard operating procedures in compliance with internal food-safety standards, and a root cause analysis.

**Table 2.3-1** **Product Specifications and Analysis of 3 Production Batches of Myoglobin Preparation**

| Specification Parameter | Specification Limit | Method of Analysis | Manufacturing Lot No. | | |
|---|---|---|---|---|---|
| | | | M2- 001/2021 | M2- 002/2021 | M2-003/2021 |
| *Physico-Chemical Parameters* | | | | | |
| Myoglobin Protein (% w/w)[a] | ≥3 | SEC HPLC | 3 | 3 | 3 |
| Myoglobin Protein Purity (% w/w)[b] | ≥65 | Chromatographic purity (at 280 nM) | 98 | 98 | 97 |
| Protein (% w/w)[c] | ≤4.62 | Calculated | 3.06 | 3.06 | 3.09 |
| Fat (% w/w) | ≤1 | AOAC 933.05 | <0.08 | <0.08 | 0.29 |
| Moisture (% w/w) | ≥92.5 | AOAC 925.40 | 95.60 | 96.04 | 95.93 |
| Total Organic Solids (% w/w)[d] | ≤7.5 | Difference | 4.40 | 3.96 | 4.07 |
| Ash (% w/w) | ≤1.5 | AOAC 945.46 | 1.27 | 1.36 | 1.6 |
| Carbohydrate (% w/w)[e] | ≤0.5 | Difference | 0.01 | 0.00 | 0.00 |
| pH | 6.5 to 8.5 | AOAC 981.12 | 6.88 | 7.11 | 7.32 |
| *Heavy Metals* | | | | | |
| Lead (ppm) | <0.4 | AOAC 2015.01 Mod 2232 | <0.01 | <0.01 | <0.01 |
| Arsenic (ppm) | <0.05 | AOAC 934.03 | <0.01 | <0.01 | <0.01 |
| Mercury (ppm) | <0.05 | AOAC 2011.19 (ICP-MS) AOAC 993.14 (ICP-MS) | <0.005 | <0.005 | <0.005 |
| Cadmium (ppm) | <0.2 | AOAC 2011.19 (ICP-MS) AOAC 993.14 (ICP-MS) | <0.001 | <0.001 | <0.001 |
| *Microbiological Parameters* | | | | | |
| Aerobic plate count (CFU/g) | <10$^4$ | AOAC 966.23 | <100 | <100 | <100 |
| Yeast (per g) | <10 | FDA-BAM, 7th ed. | <10 | <10 | <10 |
| Mold (per g) | <10 | FDA-BAM, 7th ed. | <10 | <10 | <10 |
| *Escherichia coli* (3 tubes MPN) (per g) | <3 | AOAC 966.24 | <3 | <3 | <3 |
| *Salmonella spp.* (per 25g ) | Negative | AOAC RI 100201 | Negative | Negative | Negative |
| *Listeria monocytogenes* (per 25 g) | Negative | AOAC 2003.12 | Negative | Negative | Negative |

AOAC = Association of Official Analytical Chemists; BAM = Bacteriological Analytical Manual; CFU = colony forming units; FDA = Food and Drug Administration; HPLC = high-performance liquid chromatography; ICP-MS = inductively coupled plasma-mass spectrometry; MPN = most probable number; ppm = parts per million; SEC = size exclusion chromatography.

[a] Myoglobin protein may exceed 3%, if additional moisture is removed during the concentration step of the manufacturing process (Figure 2.2.2-1).

[b] The balance of protein in the Myoglobin Preparation is residual *Pichia* protein.

[c] Protein (% w/w) content calculated as follows: Protein (% w/w) = Myoglobin Protein (% w/w)/Myoglobin Protein Purity (%).

[d] Solids (% w/w) calculated by difference as follows, Solids (% w/w) = 100-Moisture (% w/w).

[e] Carbohydrates (% w/w) calculated by difference as follows, Carbohydrate (% w/w) = Solids (% w/w) – Fat (% w/w) – Ash (% w/w) – Protein (% w/w).

DocuSign Envelope ID: A775217A-9836-4666-AA06-669B90F6B69D

# Part 3.    § 170.235 Dietary Exposure

## 3.1    Background Intake of Myoglobin

No federal regulations permitting the addition of myoglobin to the U.S. food supply have been promulgated, and Motif FoodWorks is not aware of other GRAS sources of myoglobin in the U.S. marketplace.  Current background intakes of bovine myoglobin are solely contributed from the consumption of beef; however, myoglobin isoforms are also present in pork products and poultry.  Reported concentrations of myoglobin in various meat products consumed in the diet vary based on species, muscle tissue and animal age. Myoglobin imparts a characteristic red coloration to raw meat products and myoglobin levels are accordingly highest in red meats such as beef and lowest in white meats such as poultry (see Table 3.1-1 below).  The variability of myoglobin concentrations in meat products complicates estimation of dietary intakes from background foods; conservative estimates of 0.5% myoglobin have been reported for "meat" (Yip and Dallman, 1996).

**Table 3.1-1**    **Concentrations of Myoglobin in Meat and Poultry Products**

| Meat Source | Myoglobin Concentration | Reference |
|---|---|---|
| Beef | 0.02 to 0.18% | Texas A&M (2021) |
| | 0.243% | Fleming *et al.* (1960) |
| | 0.4 to 1% | Clydesdale and Francis (1971) |
| | 0.199 to 0.364% | Rickansrud and Hendrickson (1967) |
| Pork | 0.062% to 0.095% | Newcom *et al.* (2004) |
| | 0.1 to 0.3% | Clydesdale and Francis (1971) |
| | 0.079% to 0.16% | Lawrie (1950) |
| Chicken | 0 to 0.582% | Kranen *et al.* (1999) |

Dietary intakes of meat in the U.S. population have been estimated by the Economic Research Service (ERS) of the USDA.  *Per capita* intakes of meat are reported as part of the ERS Food Availability Data System (FADS), which includes 3 data series on food and nutrient availability for consumption: food availability data, loss-adjusted food availability data, and nutrient availability data.  The ERS considers these data to serve as proxies for actual consumption of food commodities at the national level.  The food availability data series includes estimates for loss-adjusted food availability data (LAFA) to adjust for food spoilage, plate waste, and other losses thereby more closely approximating actual consumption (USDA-ERS, 2021).  Data for loss-adjusted food availability data for red meat, poultry and fish are shown in Table 3.1-2 below.  *Per capita* total intake estimates for red meat, poultry and fish were 180g/person per day.  Using a mean estimated myoglobin concentration of 0.5% as reported by Yip and Dallman (1996), the total estimated dietary intake of myoglobin is *ca*. 1 g/person per day.

**Table 3.1-2**     **USDA-ERS *Per Capita* Consumption Estimates for Various Meat Sources Adjusted for Loss[a]**

| Meat Type | *Per Capita* Intake (g/person/day) | Myoglobin Concentration (% wt/wt)[b] | *Per Capita* Myoglobin Intake (g/person/day) |
|---|---|---|---|
| Red Meat | 94.4 | 0.5% | 0.472 |
| Poultry | 77.6 | 0.5% | 0.388 |
| Total Fish | 8.3 | 0.5% | 0.06 |
| Total Meat | 180.3 | 0.5% | 0.90 |

Conc. = concentration; ERS = Economic Research Service; USDA = United States Department of Agriculture.
[a] USDA, Economic Research Service - based on data from various sources as documented on the Food Availability Data System home page. Data last updated June 1, 2020.
[b] Mean concentration of myoglobin based on reported estimates from Yip and Dallman (1996).

Assuming that the proposed food uses of myoglobin in meat alternative products would substitute for various meat products on a 1:1 basis, the introduction of Motif FoodWorks' Myoglobin Preparation to the U.S. marketplace would not change background intakes of myoglobin in the U.S. population.
Motif FoodWorks notes that the intended use levels provided here, of up to 2%, are higher than anticipated concentrations naturally occurring in meat products; however, typical use levels in foods are expected to be closer to 1.0 to 1.25% for most food categories.  Motif FoodWorks also notes that estimated dietary intakes of Myoglobin Preparation from the proposed food uses will be limited to a large extent by the current market availability of meat alternative products.  Although there is limited information available on the current food supply of meat alternative products, it has been estimated that meat alternative products may capture up to 20% of the market for conventional protein sources from animals in North America (Gourévitch *et al.,* 2021).  It can be concluded that a maximum use level of up to 2% myoglobin in the diet and 1:1 substitution of meat alternative products for conventional meat products will not increase total dietary intake of myoglobin in the U.S. population.

## 3.2     Estimated Dietary Intake of Myoglobin Preparation Using NHANES

In addition to the 1:1 substitutional approach described above using *per capita* estimates, Motif FoodWorks has also conducted dietary estimates for the company's Myoglobin Preparation *via* dietary intake modeling using survey data provided by the National Health and Nutrition Examination Surveys (NHANES).  As discussed, Motif FoodWorks' Myoglobin Preparation is intended to be used in meat analogue products that will substitute for conventional meat-based products currently in the marketplace.  Currently, the majority of such foods in the U.S. marketplace are plant-based products that simulate ground meat (*e.g.*, plant-based burgers, sausages and "meat" snacks, frozen entrees).

Using the NHANES Data Derivation [2013-2018 (CDC, 2019)], the U.S. dietary exposure to plant-based meat and poultry analogues was estimated.  One-day dietary intake data were analyzed from a population of 22,818 individuals over the age of 2 years, excluding incomplete data and individuals pregnant or lactating, in the data set, using SAS 9.4[4].  The population of individuals in the survey reporting consumption of plant-based meat analogues was extremely small in the survey population [116 participants in the subgroup of a population of 22,818 (NHANES, 2013-2018)].  Therefore, exposure data was limited to consumers only to understand the current consumption patterns of frequent consumers of these products.

Food codes for various meat analogue products (soy-based burger, grain-based sausages, vegetarian hot dog) were selected and dietary intake estimates for total consumers were obtained for myoglobin based on

---

[4] Fulgoni V (2021) [Personal communication. RE: NHANES data:  Dietary exposure to myoglobin added at various levels to plant-based meat analogues. NHANES (2013-2018) data].

DocuSign Envelope ID: A775317A-9836-4665-AA06-669B90E6B69D

incorporation levels of 1%, 1.5%, and 2% for consumers only (N=116).  Estimated daily intakes of myoglobin from proposed food uses of the Myoglobin Preparation in meat alternative products is presented in Table 3.2-1.  Due to the small sample size, data are limited to mean intakes for consumers only as the 90th percentile estimates were considered unreliable.  Mean intakes for consumers aged 2+ years was 0.714 g per person per day based on a myoglobin use level of 1%.  At the highest use level of 2% the mean dietary intake of myoglobin was 1.43 g.

**Table 3.2-1**   **Estimated Mean Daily Intake of Myoglobin from Meat Alternative Products in the U.S. for "Consumers Only" Aged 2+ Years (2013-2018 NHANES Data)**

| Population | Myoglobin Inclusion Level (% wt/wt basis) | | |
|---|---|---|---|
| | 1% | 1.5% | 2% |
| | Mean Intakes of Myoglobin  (g/person/day) | | |
| Consumers (2+ years) (N=116) | 0.71 | 1.07 | 1.43 |
| Male Consumers | 0.69 | 1.03 | 1.38 |
| Female Consumers | 0.73 | 1.09 | 1.46 |

NHANES = National Health and Nutrition Examination Surveys; U.S. = United States.
Due to the small sample size data 90th percentile data was statistically unreliable and therefore is not reported .

As discussed, typical food use applications will incorporate a use level of between 1 to 1.25%, and therefore the estimated dietary intakes of *ca*. 1 g per person per day are largely in-line with background consumption of myoglobin in the diet from conventional meat sources (see Section 3.2).  As food uses of the Myoglobin Preparation will be substitutional for conventional meat on a 1:1 basis, no change in total population intakes of myoglobin is expected from the introduction of the ingredient to the U.S. marketplace.

Motif FoodWorks notes that the dietary intake estimates reported in Table 3.2-1 below will over-estimate dietary intakes as it assumes that all potential foods to which Myoglobin Preparation may be added are consumed in a given day.  Motif FoodWorks also notes that the general category of meat alternative products is a rapidly growing area of food technology and that current food codes represented within the NHANES databases are unlikely to be inclusive of the broad variety of foods now and soon-to-be available to U.S. consumers.  Consumer demand for such products also is growing and therefore limitations in extrapolating the small sample size of consumers (N=116) to the U.S. population of meat analogue consumers should be recognized.  Accordingly, Motif FoodWorks placed an emphasis on the dietary intake calculations presented in Section 3.2 where a 1:1 substitution for conventional meat products is assumed relative to the anticipated market share for such products in the immediate and foreseeable future.

DocuSign Envelope ID: A775317A-9836-4665-AA06-669B00F6B69D

## Part 4.      § 170.240 Self-Limiting Levels of Use

The use of myoglobin in plant-based meat analogues has self-limiting levels of use due to changes in sensory characteristics associated with cooked meat that appear to peak at an inclusion level of around 1.0 to 1.25% of the formulation and may negatively impact flavor and aroma at an inclusion level close to 2% of the formulation.  The amount of myoglobin added above the inclusion level of 1.25% in a food formulation limits the sensory acceptability of the plant-based meat analogues.

DocuSign Envelope ID: A775317A-9836-4C65-AA06-669B90E6B69D

## Part 5.    §170.245 Experience Based on Common Use in Food Before 1958

Not applicable.

# Part 6. § 170.250 Narrative and Safety Information

The subject of this GRAS Notice is Myoglobin Preparation containing myoglobin, a heme protein obtained through fermentation of a genetically modified strain of *P. pastoris*. The Myoglobin Preparation is a liquid mixture containing bovine myoglobin (≥3% w/w) with a purity of at least 65%. Residual proteins from *Pichia* are <0.2%. The safety assessment of the Myoglobin Preparation therefore focused on hazard characterization of the production organism, and hazard characterization of the protein expression product (*i.e.*, myoglobin) under its conditions of intended use. Motif FoodWorks has applied the safety assessment practices used for biotechnology-derived food enzymes outlined by Pariza and Johnson (2001) for the Myoglobin Preparation. Under this safety assessment paradigm, the need for toxicological investigations of enzyme preparations produced using biotechnology is determined on the basis of 2 primary considerations: (1) the availability of data and information substantiating that the production organism is from a safe lineage that has been the subject of previous toxicological evaluations; and (2) that there is evidence to support the safety of the introduced protein expression product(s) (*i.e.*, myoglobin). Motif FoodWorks also considered the science-based 2-tiered, weight-of-evidence strategy to assess the safety of novel proteins used in the context of agricultural biotechnology developed by the International Life Sciences Institute (ILSI) International Food Biotechnology Committee (Delaney *et al.*, 2008). Under this paradigm, the safety assessment draws upon knowledge of the biological and chemical characteristics of the protein for analyses of hazard at the Tier I level and includes an assessment of the biological function or mode of action and intended application of the protein, history of safe use, comparison of the amino acid sequence of the protein to other proteins, as well as the biochemical and physico-chemical properties of the proteins. Only proteins that cannot be adequately characterized under the Tier I evaluation would proceed to toxicological evaluation under Tier II.

With respect to the safety of the production organism, as discussed in further detail in Section 6.2, the production strain, *P. pastoris* t838417, is a non-pathogenic and non-toxigenic yeast species with a long history of safe use in food production (U.S. FDA, 2018b). The production strain has been genetically modified to express a synthetic gene encoding for bovine myoglobin. Other than the gene encoding for bovine myoglobin, the production strain does not contain any other exogenous DNA, and the final Myoglobin Preparation is absent of detectable levels of the production strain. Successful integration of the myoglobin gene has been confirmed using whole genome sequencing. The introduced nucleotide sequences are codon optimized for expression in *Pichia* are confirmed to encode for a protein sequence that is identical to bovine myoglobin. Motif FoodWorks has demonstrated that the production strain (NRRL Y-7556) is genetically identical to the strain host (NRRL Y-11430) used for the manufacture of soybean leghemoglobin described by Impossible Foods in GRN 737 and therefore is from a safe strain lineage with a history of food use. Bioinformatic evaluations conducted on the production strain by Jin *et al.*, (2018) and Reyes *et al.*, (2021), have demonstrated that residual proteins from the production strain are non-toxigenic and of low allergenic potential for cross-reactivity to major food allergens.

For safety evaluation of the myoglobin protein, Tier I evaluation leveraged the history of safe consumption of myoglobin from meat, and therefore emphasis was placed on demonstrating qualitative equivalence of myoglobin in Motif FoodWorks' flavor preparation to myoglobin from meat.  If it could be demonstrated that Motif FoodWorks' myoglobin is qualitatively equivalent to myoglobin in meat, then it could be concluded that a 1:1 substitutional use of the Myoglobin Preparation in meat analogue products would be as safe as dietary intake of myoglobin from current food consumption patterns of meat and other myoglobin containing foods.  In this regard, Motif FoodWorks has presented analytical data confirming the identity of the myoglobin synthesized by the production strain using qualitative comparisons of the myoglobin preparation relative to a commercial bovine myoglobin standard using SDS-PAGE, SEC, and proteomic mass spectrometry.  The only qualitative difference between myoglobin expressed by *Pichia* and bovine derived myoglobin is the relative absence of glycosylation in *Pichia* expressed myoglobin, which compares to an observed low-level O-glycosylation of bovine myoglobin in at least 3 residues.  Motif FoodWorks has therefore concluded that there are no qualitative differences between myoglobin expressed by *Pichia* relative to native bovine myoglobin that is present in meat.  Accordingly, the long history of safe consumption of myoglobin from consumption of meat products can be extended to Motif FoodWorks' myoglobin ingredient.  As the outcome the Tier I hazard assessment was sufficient to conclude on safety of the ingredient under its intended conditions of use, it was concluded that further hazard characterization *via* toxicology testing under the ILSI Tier II testing scheme was not required.

Myoglobin is present in all commonly consumed meat sources, such as beef, pork, and poultry, and has an extensive history of safe consumption by the global population.  There is a common knowledge of the history of consumption of myoglobin from animal sources.  In order to corroborate the history of safe consumption of myoglobin, a comprehensive search of the scientific literature was conducted through March 2021.  The literature search was completed using ProQuest and included searches of the following databases for pertinent literature on the safety of bovine myoglobin or myoglobin from *Bos taurus*: Adis Clinical Trials Insight, AGRICOLA, AGRIS, Allied & Complementary Medicine™, BIOSIS® Toxicology, BIOSIS Previews®, CAB ABSTRACTS, Embase®, Foodline®: SCIENCE, FSTA®, MEDLINE®, NTIS: National Technical Information Service, and ToxFile®.  The relevance and specificity of the literature search was increased through the implementation of search terms "bovine myoglobin" or "myoglobin from *Bos taurus*" to reflect the compound of interest in combination with preclinical/clinical endpoints.  The search results were retrieved and reviewed in 2 stages (titles and abstracts).  The search did not identify any publications, relevant to the safety of bovine myoglobin.

The safety of the bovine myoglobin present in Motif FoodWorks' Myoglobin Preparation is supported by its long history of safe consumption, as well as bioinformatics searches of the protein evaluating its lack of allergenicity and toxigenicity potential.  The results of these searches are discussed in Sections 6.3.2 and 6.3.3, respectively, and indicate that Motif FoodWorks' Myoglobin Preparation would not pose an allergenic or toxigenic risk to U.S. consumers.

## 6.1    Safety of the Production Strain

The safety of the production strain used in the production of Motif FoodWorks' myoglobin was assessed using the same principles for assessing the safety of microbially-derived enzymes for use in food production (Pariza and Foster, 1983; IFBC, 1990; Pariza and Johnson, 2001; Sewalt *et al*., 2016; FAO/WHO, 2020).  This approach to the safety evaluation of food enzymes is widely accepted by the scientific community and regulatory agencies and includes an evaluation of the pathogenicity, toxigenicity, and antimicrobial resistance of the production strain, as well as the genetic modification techniques.  These points are discussed herein.

*P. pastoris* is a well characterized non-toxigenic and non-pathogenic microorganism that has a recognized history of safe use in food production.  Current *P. pastoris* laboratory strains are from lineages isolated from an oak tree and a chestnut tree and were deposited in a culture collection at the NRRL[5] (www.biogrammatics.com).

Information on the non-pathogenicity and non-toxigenicity properties of *P. pastoris* was discussed in GRN 737 and is incorporated by reference to Section 6.1.3 of the Notice.  *P. pastoris* is recognized as a non-toxin producing microorganism and is classified as a biosafety level 1 (BSL1) organism by the ATCC.  This species has QPS status in the EU for use in enzyme production (EFSA, 2017), corroborating that *P. pastoris* is a safe and suitable source organism for production of food ingredients and is not capable of producing toxic metabolites when used for food protein production.  *P. pastoris* is widely used by the biotechnology industry for the production of recombinant proteins and food enzymes (Cereghino and Cregg, 2000; Cregg *et al.*, 2000; Balamurugan *et al.*, 2007; Kurtzman, 2009; Reyes *et al*., 2021), with over 300 recombinant proteins produced from this species since the 1980s (Diversa Corporation, 2006; U.S. FDA, 2006).  Dried *P. pastoris* is also permitted for the addition to chicken feed as a source of protein under 21 CFR § 573.750 (U.S. FDA, 2020b).  This information suggests that *P. pastoris* is non-pathogenic to humans and non-toxigenic and would therefore be a safe and suitable source organism for production of myoglobin (Pariza and Johnson, 2001).

The production strain used in the production of Motif FoodWorks' myoglobin is a genetically modified strain of *P. pastoris*.  The production strain was constructed in a similar manner as described in GRN 737 (Impossible Foods, Inc., 2017; U.S. FDA, 2018a) using the principles described by OECD GILSP (OECD, 1992, 1993).  Motif FoodWorks' strain of *P. pastoris* (strain t486367) meets the criteria for a safe and suitable source organism described by Pariza and Johnson (2001).  The production strain was obtained from a wildtype strain of *P. pastoris* (t303048).  A synthetic gene encoding for bovine myoglobin was inserted into the wildtype strain; this strain also contains extra copies of the heme biosynthetic enzymes native to *P. pastoris*.  The synthetic gene encoding for bovine myoglobin is the only non-native gene present in the production strain and has been confirmed by bioinformatics to not confer any pathogenic, virulent, or toxigenic factors to the production strain.  The genetic stability of the production strain was confirmed after growth on non-selective fermentation media.  The production strain does not contain any plasmids or antibiotic resistance genes, as confirmed by phenotyping and whole genome sequencing of the production strain.  Overall, it can be concluded that Motif FoodWorks' *P. pastoris* production strain is derived from a strain lineage with a long history of safe use.

Motif FoodWorks' Myoglobin Preparation may contain ≤0.2 mg/L *Pichia* protein. The toxigenicity of *Pichia* proteins was recently discussed by Jin *et al.* (2018) and Reyes *et al.* (2021) following a proteomics assessment of the native proteins expressed by *P. pastoris*.  It was concluded that the native *Pichia* proteins do not share structural homology with known toxins and would not cause a toxigenicity concern (Jin *et al*., 2018; Reyes *et al*., 2021).  Therefore, on the basis that Motif's production strain was derived from the same host strain lineage as that investigated by Jin *et al*., (2018) and Reyes *et al*., (2021), Motif has concluded that the small concentrations of residual *Pichia* proteins present in the ingredient would not pose a safety concern.

---

[5] The NRRL collection has been renamed to the Agriculture Research Service Culture Collection and is maintained by the Microbial Genomics and Bioprocessing Research Unit (MGB) of the National Center for Agricultural Utilization Research (NCAUR).

## 6.2    Safety of Myoglobin

### 6.2.1    History of Safe Consumption of Myoglobin

Myoglobin is part of a superfamily of heme-containing globular proteins involved in binding iron and/or transportation of oxygen.  This globular heme protein is ubiquitous in nature and present in most organisms including bacteria, protozoa, fungi, plants, and animals (Hardison, 1998).  Hemoglobin and myoglobin are structurally similar to other heme proteins and contain the identical heme B cofactor.  The chemical structure of myoglobin is presented in Figure 6.2.1-1.  Consumption of the heme B cofactor is widespread in humans and other animals as heme proteins, such as myoglobins and hemoglobins are abundant in animal tissues where they are consumed as meat.  Heme proteins, specifically myoglobins, have been present in the human diet since the beginning of recorded history.  Heat treatment of these iron-binding proteins potentiates the meat-like, serum and metallic flavors typically associated with cooked muscle tissue (AMSA, 2015).  The Myoglobin Preparation is standardized to contain ≥3% heme protein (see Section 2.3 for further details).

**Figure 6.2.1-1        Chemical Structure of Myoglobin**



The myoglobin present in Motif FoodWorks' Myoglobin Preparation is 100% identical to bovine myoglobin and shares structural homology to hemoglobin proteins from other commonly consumed animal sources of meat.  Considering myoglobin is widely distributed in commonly consumed meats, such as beef and pork, the protein itself has an apparent long history of safe consumption in the human diet.  As discussed in Section 3.1, myoglobin is currently consumed at a level of approximately *ca*. 1 g/person per day from red meat, poultry and fish sources in the U.S. diet.  In addition, meat extracts and concentrates produced using meats from sources such as bovine, containing myoglobin, are widely consumed in the U.S. population.

Meat extracts, meat protein extracts, and beef protein, which include myoglobin, are considered safe and suitable ingredients for use in the production of meat, poultry, and egg products under FSIS Directive 7120.1 (USDA-FSIS, 2021).  The GRAS status of beef protein when used as a binding agent at levels up to 0.89% was filed by the U.S. FDA without objection under GRN 313 (U.S. FDA, 2010).

Therefore, there is a long history of safe consumption of bovine myoglobin in the human diet. To date, there have been no reports of adverse effects following consumption of bovine myoglobin. Similarly, although allergenicity to red meat has been reported in the scientific literature, only 1 case has been associated with myoglobin (see Section 6.2.2 for further details). The amino acid sequence of bovine myoglobin does not contain significant sequence homology to known toxins or allergens, and therefore, would not raise toxigenicity or allergenicity concerns.

## 6.2.2   Allergenicity of Myoglobin

Food allergies reportedly occur in about 8% of children and less than 2% of adults in the U.S. population, and are most frequently associated with one of the "Big Eight" major allergens [*i.e.*, milk, egg, fish (*e.g.*, bass, flounder, or cod), Crustacean shellfish (*e.g.*, crab, lobster, or shrimp), tree nuts (*e.g.*, almonds, pecans, or walnuts), wheat, peanuts, and soybeans] that require allergen labeling under the *Food Allergen Labeling and Consumer Protection Act* of 2004 [(FALCPA) U.S. FDA, 2018b; National Academy of Medicine, 2016]. Although not considered one of the major allergens, red meat allergies have been reported in some individuals, but these cases are rare. The incidence rate of beef allergy was reported to be between 3.28% and 6.52% among children with atopic dermatitis, and about 0.3% in the general population (Fiocchi *et al.*, 2000). Most reported cases of allergenic responses to meat, specifically beef, involve sensitization to bovine serum albumin (BSA), and, to a lesser extent, bovine gamma globulin (BGG) (Werfel *et al.*, 1997; Fiocchi *et al.*, 2000; Vazquez Fuertes *et al.*, 2013). BSA and, to a lesser degree, BGG, also are identified as allergenic proteins from cows' milk. BSA and BGG are heat-labile proteins and meat-allergic individuals are typically reactive to undercooked meat. Nevertheless, Fuentes *et al.* (2004) reported a singular case of a 35-year-old woman having allergic episodes after exposure to beef, lamb, and fish and without allergic response to milk. Negative skin prick tests were reported from the subject's assessment while IgE responses differed among proteins presented under differing environmental conditions. Largely degraded proteins were identified in heated meat extracts except a heat-stable, 17 kDa protein, identified as bovine myoglobin, which stayed in solution. While researchers reported significant amino acid sequence homology among myoglobins from different species, the amino acid sequences are not identical. Nevertheless, the evidence indicates that myoglobin was the probable cause of the allergic reaction occurring in this patient. The relevance of bovine myoglobin in this allergenic case report has been disputed (Fiocchi *et al.*, 2005) and reviewed in GRN 737 (Impossible Foods, Inc., 2017; U.S. FDA, 2018a). Bioinformatics on myoglobin from different animal species, including cow, pigs, sheep, goats, and chicken, indicates that bovine myoglobin shares structural similarities with myoglobin from goat, sheep, and pig meat, and may cause allergenicity (Chakraborty *et al.*, 2014). These findings may explain the reported allergic responses after exposure to beef and lamb in the 35-year-old woman reported by Fuentes *et al.* (2004). Nevertheless, it should be reiterated that beef allergy is rare considering widespread consumption of beef and other meats containing oxygen-binding globin proteins in the global population, and a search of the scientific literature[6] indicates other cases of myoglobin allergy have not been reported since 2004.

---

[6] Databases searched included: Adis Clinical Trials Insight, AGRICOLA, AGRIS, Allied & Complementary Medicine™, BIOSIS® Toxicology, BIOSIS Previews®, CAB ABSTRACTS, Embase®, Foodline®: SCIENCE, FSTA®, MEDLINE®, NTIS: National Technical Information Service, and ToxFile®.

DocuSign Envelope ID: A7752 17A-9836-4665-AA06-669B90E6B69D

Over the past decade, meat allergy also has been associated with a carbohydrate, α-Gal (galactose-α-1,3-galactose) linked to meat proteins (Platts-Mills et al., 2020). Affected individuals are typically sensitized to α-galactose from being bitten by one of several species of ticks (ACAAI, 2014). The symptoms of this specific type of meat allergy, known as "α-Gal syndrome," have a delayed onset time of several hours and occur with all species of mammalian meats. According to Kuehn (2018), an unusual set of human physiological associations exist with α-Gal mammalian meat allergy, including subject blood type, past infection, co-existing allergy, and a previous tick bite (often Lone Star Tick). Not all individuals who are sensitized to galactose-α-1,3-galactose have reported allergic reactions to meat. Platts-Mills et al. (2020) reported that of 300 hunters and forest workers in Germany, 58 individuals were positive for α-Gal syndrome, of which, only 5 individuals had allergic reactions to mammalian meat or innards. The causes of the α-Gal allergy are not known but the presence of galactose-α-1,3-galactose in the human body initiates an antigen reaction. Galactose-α-1,3-galactose exists in all mammalian species except humans where it is not naturally present and can be transmitted to humans *via* ticks. The only apparent treatment of α-Gal syndrome is elimination of red meat from the diet. As described in Section 2.2, Motif FoodWorks' myoglobin is not glycosylated, and as a taxonomically distant species *P. pastoris* would not produce endogenous *alpha*-gal epitopes.

A sequence homology search was conducted using the AllergenOnline database version 21 (updated 14 February 2021) maintained by the Food Allergy Research and Resource Program of the University of Nebraska (FARRP, 2021) to determine whether the bovine myoglobin[7] shares significant sequence homology to known allergens. The database contains a comprehensive list of putative allergenic proteins developed *via* a peer reviewed process for the purpose of evaluating food safety. A sequence homology search was conducted according to the approach outlined by the FAO/WHO (2001) and the WHO/FAO (Codex Alimentarius, 2009). In accordance with this guideline, the AllergenOnline database was searched using a sliding window of 80-amino acid sequences (segments 1–80, 2–81, 3–82, *etc.*) derived from the full-length bovine myoglobin amino acid sequence. The 80 amino acid alignment search was conducted using default settings (*E* value cutoff = 1 and maximum alignments of 20). Significant homology is defined as an identity match of greater than 35%, and in such instances, cross-reactivity with the known allergen should be considered a possibility (FAO/WHO, 2001). Using this search strategy, no matches were identified. A sequence homology search conducted using the exact 8-mer approach did not produce any matches. The results of the sequence homology search indicate that bovine myoglobin present in Motif FoodWorks' Myoglobin Preparation does not pose an allergenic risk to consumers.

Based on the totality of evidence, meat allergy is rare and is not associated with consumption of myoglobin in the human diet. Allergic responses to meat consumption, specifically red meat from bovine sources, have been associated with the heat-labile proteins BSA and BGG; only 1 case of allergic reaction to myoglobin has been reported in the scientific literature in 2004. Likewise, Motif FoodWorks' Myoglobin Preparation does not contain galactose-α-1,3-galactose and would not pose any risk of α-Gal syndrome. Bioinformatics on the amino acid sequence of bovine myoglobin suggest that the protein does not share significant sequence homology with known allergens, and cross-reactivity of the protein to known allergens is unlikely. Therefore, the available evidence suggests that consumption of Myoglobin Preparation would not pose any significant allergenic risk in the U.S. population.

---

[7] The allergenicity search was performed using the amino acid sequence of bovine myoglobin available under UniProt Accession No. P02192.

In addition to myoglobin, the Myoglobin Preparation may contain residual levels of native proteins from *P. pastoris*. The potential allergenicity of *Pichia* proteins was addressed in publications by Jin *et al.* (2018) and Reyes *et al.* (2021). LC-MS/MS Proteomics was used to identify and semi-quantify residual *Pichia* proteins in a leghemoglobin preparation, the subject of GRN 737, which were then investigated for potential allergenicity using *in silico*-based methods based on recommendations by the Codex Alimentarius (2009). The authors concluded that residual proteins originating from the source organism that may be present do not share significant sequence homology with known allergens, and therefore, do not pose a risk of cross-reactivity (Jin *et al.*, 2018; Reyes *et al.*, 2021). Conversely, the *Pichia* proteins share significant sequence homology with proteins from common yeasts, such as *Saccharomyces* spp. Based on the available data, the authors concluded that *Pichia* proteins are unlikely to present a risk of allergenicity. As the *Pichia* proteins evaluated by Jin *et al.*, (2018) and Reyes *et al.*, (2021) were derived from the same host strain lineage as that used by Motif, conclusions that residual *Pichia* proteins are of low toxicity risk can be extended to Motif's Myoglobin Preparation.

### 6.2.3    Toxigenicity of Myoglobin

The myoglobin present in Motif FoodWorks' Myoglobin Preparation is 100% identical to bovine myoglobin (UniProt Accession No. P02192). The amino acid sequence of the bovine myoglobin was compared against downloaded protein sequences obtained from a curated database of animal venom proteins and toxins maintained in the UniProtKB/Swiss-Prot Tox-Prot database[8] (Jungo *et al.*, 2012) using the Basic Local Alignment Search Tool (BLAST) maintained by the National Center for Biotechnology Information. Searches were performed using the default search parameters (E-value threshold = 0.05; BLOSUM62). The search was conducted on March 23, 2021 and the toxin database included 7,271 proteins. One match to a delta-conotoxin from *Conus gloriamaris* was identified with an identity score of 28% and E-value of 0.02. The query cover was 41% and maximum bit-score was 29.3. Currently, there are no formal guidelines established for what would constitute a significant sequence similarity between a query protein and a known protein toxin (Hammond *et al.*, 2013). However, Pearson (2013) reported for protein alignments, an E-value or E-score of <0.001 can reliably be used to infer homology, and alternatively, the bit-score may be used to infer homology and is considered to be a more reliable indicator of significant sequence homology. A bit-score of 50 is "*almost always significant*", while a bit-score of 40 is only significant (E-value <0.001) in searches of protein databases with less than 7,000 entries (Pearson, 2013). Furthermore, Pearson (2013) reported that "*homologous sequences that share more than 40% identity are very likely to share functional similarity*" and the E-value or E-score is commonly used to determine the statistical significance of excess similarity. Therefore, based on these criteria, the identified match with delta-conotoxin from *C. gloriamaris* is not considered to be suggestive of significant sequence homology, and bovine myoglobin does not share structural homology or similarity to any known animal venom protein or toxin, and would not harbor any toxic potential on the basis of the *in silico* search.

Myoglobin Preparation may contain ≤0.2 mg/L of proteins from the source organism, *Pichia pastoris*. The production strain is genetically modified to express a gene encoding for bovine myoglobin and does not contain any other exogenous sources of DNA; with the exception of the synthetic DNA encoding for bovine myoglobin, the production strain only contains DNA that is native to *P. pastoris*. The toxigenicity of native *Pichia* protein was discussed in 2 separate publications on a genetically modified strain of *P. pastoris* used as a production strain for soy leghemoglobin (Jin *et al.*, 2018; Reyes *et al.*, 2021). In these publications, it was concluded that the native *Pichia* proteins do not share sequence homology with any toxins, thus maintaining that *P. pastoris* is a non-toxigenic organism. The toxigenicity of the same *P. pastoris* production strain was addressed in GRN 737 in which the U.S. FDA did not raise any safety concerns with the

---

[8] Available at: https://www.uniprot.org/program/Toxins.

production organism (Impossible Foods, Inc., 2017; U.S. FDA, 2018a).  As previously discussed, *P. pastoris* has a long history of safe use in food production, and to date, no toxic effects of this species have been reported in the scientific literature.  Analytical data demonstrated that Myoglobin Preparation is a highly purified ingredient (purity >98%), in which the production strain is removed from the final product.  Therefore, Motif FoodWorks' Myoglobin Preparation is not anticipated to pose any toxigenic concern from either the myoglobin itself or arising from the manufacturing process.

## 6.3     General Recognition of Safety

Motif FoodWorks has concluded that Myoglobin Preparation containing bovine myoglobin is GRAS for use in meat analogue products, as described in Section 1.3, based on scientific procedures.  The safety of *P. pastoris* was evaluated using generally recognized safety assessment practices applied to food enzymes under the Pariza Johnson decision tree (Pariza and Johnson, 2001).  In this regard Motif FoodWorks has demonstrated that the production strain is from a safe lineage of *P. pastoris* that has been previously demonstrated to be safe for use in food production of similar food ingredients (*e.g.*, soybean leghemoglobin).

The safety of myoglobin was evaluated using the 2-tier testing paradigm developed by the ILSI for evaluation of proteins used in the context of agricultural biotechnology (Delaney *et al.*, 2008).  Bovine myoglobin has a long history of apparent safe consumption from ingestion of beef.  Myoglobins are highly conserved among animal species and therefore are also consumed from ingestion of other red meats, poultry, and fish.  Although bovine myoglobin from *P. pastoris* does not have a history of consumption, Motif FoodWorks has demonstrated that bovine myoglobin expressed by *P. pastoris* is qualitatively highly identical to bovine myoglobin that is present in red meat.  Bovine myoglobin is intended for use in meat analogue products that will substitute 1:1 for meat products on the marketplace and in the absence of qualitatively meaningful differences in the identities of bovine myoglobin from *Pichia* to bovine myoglobin from beef, the history of safe consumption of myoglobin from meat consumption can be extended to Motif FoodWorks' ingredient.

Motif FoodWorks has concluded that use of the company's Myoglobin Preparation in meat alternative products, as described in Section 1.3, are GRAS on the basis of scientific procedures.  This GRAS conclusion is based on data generally available in the public domain pertaining to the safety of myoglobin and *P. pastoris*, as discussed herein, and on consensus among a panel of experts qualified by scientific training and experience to evaluate the safety of food ingredients.  The GRAS Panel consisted of the following qualified scientific experts: Professor Emeritus Stephen L. Taylor, Ph.D. (GRAS Panel Chair), (University of Nebraska; Professor Emeritus Dr. Joseph F. Borzelleca (Virginia Commonwealth University School of Medicine); and Professor Emeritus Michael W. Pariza, Ph.D., (Food Research Institute University of Wisconsin-Madison).

The GRAS Panel, convened by Motif, independently and critically evaluated all data and information presented herein, and also concluded that Motif's Myoglobin Preparation is GRAS for use as a 1:1 substitution for meat in meat alternative products, as described in Section 1.3, based on scientific procedures.  A summary of data and information reviewed by the GRAS Panel is presented in Appendix A.

DocuSign Envelope ID: A775317A-9836-4665-AA06-669B00E6B69D

## 6.4     Conclusion

Based on the above data and information presented herein, Motif FoodWorks has concluded that the intended uses of Myoglobin Preparation in meat alternative products intended to substitute for current red meat and poultry sources on a 1:1 basis, as described in Section 1.3, is GRAS based on scientific procedures.

General recognition of Motif FoodWorks' GRAS conclusion is supported by the unanimous consensus rendered by an independent panel of experts, qualified by experience and scientific training, to evaluate the use of Myoglobin Preparation in food, who similarly concluded that the intended use of Myoglobin Preparation as described herein is GRAS.

Motif FoodWorks' Myoglobin Preparation therefore may be marketed and sold for its intended purpose in the U.S. without the promulgation of a food additive regulation under Title 21, Section 170.3 of the *Code of Federal Regulations*.

# Part 7.      § 170.255 List of Supporting Data and Information

ACAAI (2014). *Meat Allergy*. American College of Allergy, Asthma & Immunology (ACAAI). Available at: https://acaai.org/allergies/types/food-allergies/types-food-allergy/meat-allergy [©2014].

Ahmad M, Hirz M, Pichler H, Schwab H (2014). Protein expression in *Pichia pastoris*: recent achievements and perspectives for heterologous protein production. Appl Microbiol Biotechnol 98(12):5301-5317. DOI:10.1007/s00253-014-5732-5.

AMSA (2015). *Research Guidelines for Cookery, Sensory Evaluation, and Instrumental Tenderness Measurements of Meat, 2nd edition, version 1.01*. Champaign (IL): American Meat Science Association (AMSA). Available at: https://meatscience.org/publications-resources/printed-publications/sensory-and-tenderness-evaluation-guidelines.

Balamurugan V, Reddy GR, Suryanarayana VVS (2007). *Pichia pastoris*: a notable heterologous expression system for the production of foreign proteins—vaccines. Indian J Biotechnol 6(2):175-186.

Brady JR, Whittaker CA, Tan MC, Kristensen II DL, Ma D, Dalvie NC, et al. (2020). Comparative genome-scale analysis of *Pichia pastoris* variants informs selection of an optimal base strain. Biotechnol Bioeng 117(2):543-555. DOI:10.1002/bit.27209.

Braun-Galleani S, Dias JA, Coughlan AY, Ryan AP, Byrne KP, Wolfe KH (2019). Genomic diversity and meiotic recombination among isolates of the biotech yeast *Komagataella phaffii* (*Pichia pastoris*). Microb Cell Fact 18(1):211 [13pp, plus supplementary figures]. DOI:10.1186/s12934-019-1260-4.

CDC (2019). *[NHANES Data Derivation (2013-2018)]*. (National Health and Nutrition Examination Survey/NHANES). Washington (DC): Centers for Disease Control and Prevention (CDC). Available at: https://www.cdc.gov/nchs/nhanes/index.htm.

Cereghino JL, Cregg JM (2000). Heterologous protein expression in the methylotrophic yeast *Pichia pastoris*. FEMS Microbiol Rev 24(1):45-66. DOI:10.1111/j.1574-6976.2000.tb00532.x.

Chakraborty S, Foysal SH, Hasan MN, Khan N (2014). In silico characterization and comparative analysis of allergenicity of allergic proteins from different food sources. Am J Biochem Biotechnol 11(1):17-24. DOI:10.3844/ajbbsp.2015.17.24.

Clydesdale, F.M. and F.J. Francis. 1971. Color Measurement of Foods: XXVII. The chemistry of meat color. Food Product Development. 5(4):81-90. Cited In: Shellabarger Nocito, 1972.

Codex Alimentarius (2009). *Foods Derived from Modern Biotechnology, 2nd edition*. (Codex Alimentarius). Geneva, Switzerland: World Health Organization (WHO) / Rome, Italy: Food and Agriculture Organization of the United Nations (FAO). Available at: http://www.fao.org/docrep/011/a1554e/a1554e00.htm.

Cregg JM, Cereghino JL, Shi J, Higgins DR (2000). Recombinant protein expression in *Pichia pastoris*. Mol Biotechnol 16(1):23-52. DOI:10.1385/MB:16:1:23.

De Schutter K, Lin YC, Tiels P, Van Hecke A, Glinka S, Weber-Lehmann J, et al. (2009). Genome sequence of the recombinant protein production host *Pichia pastoris*. Nat Biotechnol 27(6):561-566. DOI:10.1038/nbt.1544.

Delaney B, Astwood JD, Cunny H, Conn RE, Herouet-Guicheney C, MacIntosh S, et al. (2008). Evaluation of protein safety in the context of agricultural biotechnology (ILSI International Food Biotechnology Committee Task Force on Protein Safety). Food Chem Toxicol 46(Suppl. 2):S71-S97. DOI:10.1016/j.fct.2008.01.045.

Diversa Corporation (2006). *GRAS Notification Concerning BD16449 Phospholipase C Enzyme Preparation from Pichia pastoris*. (GRN No. 204). Submitted by San Francisco (CA): Morin & Associates for San Diego (CA): Diversa Corporation to College Park (MD): U.S. Food and Drug Administration (U.S. FDA), Center for Food Safety and Applied Nutrition (CFSAN), Office of Food Additive Safety, Division of Biotechnology and GRAS Notice Review. Available at: https://www.cfsanappsexternal.fda.gov/scripts/fdcc/index.cfm?set=GRASNotices&id=204 [Dec. 4, 2006 - FDA response - no questions].

EFSA (2017). Statement on the update of the list of QPS-recommended biological agents intentionally added to food or feed as notified to EFSA 6: suitability of taxonomic units notified to EFSA until March 2017 (EFSA Panel on Biological Hazards/BIOHAZ) (Question no EFSA-Q-2016-00827, adopted: 7 June 2017 by European Food Safety Authority). EFSA J 15(7):4884 [32pp]. DOI:10.2903/j.efsa.2017.4884. Available at: https://www.efsa.europa.eu/en/efsajournal/pub/4884.

FAO/WHO (2001). *Evaluation of Allergenicity of Genetically Modified Foods*. Report of a Joint FAO/WHO Expert Consultation on Allergenicity of Foods Derived from Biotechnology 22-25 January 2001. Rome, Italy: Food and Agriculture Organization of the United Nations (FAO) / Geneva, Switz.: World Health Organization (WHO). Available at: http://www.who.int/foodsafety/publications/gmo-allergenicity/en.

FAO/WHO (2020). Section 9.1.4.2. Enzymes. In: . *Principles and Methods for the Risk Assessment of Chemicals in Food, 2nd edition*. (Environmental Health Criteria, No. 240). Rome, Italy: Food and Agriculture Organization of the United Nations (FAO) / Geneva, Switzerland: World Health Organization (WHO), International Programme on Chemical Safety (IPCS). Available at: https://www.who.int/publications/i/item/9789241572408 [section 9.1.4.2 revised from 2009 edition].

FARRP (2021). *AllergenOnline Version 21: Home of the FARRP Allergen Protein Database*. Lincoln (NE): University of Nebraska-Lincoln, Food Allergy Research and Resource Program (FARRP). Available at: http://www.allergenonline.org [February 14, 2021].

Fiocchi A, Restani P, Riva E (2000). Beef allergy in children. Nutrition 16(6):454-457. DOI:10.1016/S0899-9007(00)00285-9.

Fiocchi A, Restani P, Bouygue GR, Martelli A (2005). Beef allergy in adults and children. Allergy 60(1):126. DOI:10.1111/j.1398-9995.2005.00647.x.

Fleming HP, Blumer TN, Craig HB (1960). Quantitative estimations of myoglobin and hemoglobin in beef muscle extracts. J Anim Sci 19(4):1164-1171. DOI:10.2527/jas1960.1941164x.

Fuentes MM, Palacios R, Garcés M, Caballero ML, Moneo I (2004). Isolation and characterization of a heat-resistant beef allergen: myoglobin. Allergy 59(3):327-331. DOI:10.1111/j.1398-9995.2004.00266.x.

Gourévitch A, Portincaso M, de la Tour A, Goeldel N, Legris A (2021). *Looking to Nature for the Next Industrial Revolution*. Boston (MA): Boston Consulting Group (BCG). Available at: https://www.bcg.com/publications/2021/why-nature-co-design-will-be-so-important-for-the-next-industrial-revolution.

Hammond B, Kough J, Herouet-Guicheney C, Jez JM (2013). Toxicological evaluation of proteins introduced into food crops (ILSI International Food Biotechnology Committee Task Force on Use of Mammalian Toxicology Studies in Safety Assessment of GM Foods). Crit Rev Toxicol 43(Suppl. 2):25-42. DOI:10.3109/10408444.2013.842956.

Hardison R (1998). Hemoglobins from bacteria to man: evolution of different patterns of gene expression. J Exp Biol 201(8):1099-1117.

IFBC (1990). Chapter 4: Safety evaluation of foods and food ingredients derived from microorganisms (International Food Biotechnology Council/IFBC). Regul Toxicol Pharmacol 12(3, Part 2):S114-S128. DOI:10.1016/S0273-2300(05)80080-7.

Impossible Foods Inc. (2017). *GRAS Notification for Soy Leghemoglobin Protein Preparation Derived from Pichia Pastoris*. (GRN No. 737). Submitted by Redwood City (CA): Impossible Foods Inc. to College Park (MD): U.S. Food and Drug Administration (U.S. FDA), Center for Food Safety and Applied Nutrition (CFSAN), Office of Food Additive Safety. Available at: https://www.cfsanappsexternal.fda.gov/scripts/fdcc/index.cfm?set=GRASNotices&id=737 [Jul. 23, 2018 - FDA response - no questions].

Jin Y, He X, Andoh-Kumi K, Fraser RZ, Lu M, Goodman RE (2018). Evaluating potential risks of food allergy and toxicity of soy leghemoglobin expressed in *Pichia pastoris*. Mol Nutr Food Res 62(1):1700297 [13pp]. DOI:10.1002/mnfr.201700297.

Jungo F, Bougueleret L, Xenarios I, Poux S (2012). The UniProtKB/Swiss-Prot Tox-Prot program: a central hub of integrated venom protein data. Toxicon 60(4):551-557. DOI:10.1016/j.toxicon.2012.03.010.

Kranen RW, van Kuppevelt TH, Goedhart HA, Veerkamp CH, Lambooy E, Veerkamp JH (1999). Hemoglobin and myoglobin content in muscles of broiler chickens. Poult Sci 78(3):467-476. DOI:10.1093/ps/78.3.467.

Kuehn BM (2018). Tick bite linked to red meat allergy. JAMA 319(4):332-332. DOI:10.1001/jama.2017.20802.

Kurtzman CP (2009). Biotechnological strains of *Komagataella* (*Pichia*) *pastoris* are *Komagataella phaffii* as determined from multigene sequence analysis. J Ind Microbiol Biotechnol 36(11):1435-1438. DOI:10.1007/s10295-009-0638-4.

Lawrie RA (1950). Some observations on factors affecting myoglobin concentrations in muscle. The Journal of Agricultural Science 40(4):356-366. DOI:10.1017/S0021859600046116.

National Academy of Medicine (2016). *Finding a Path to Safety in Food Allergy: Assessment of the Global Burden, Causes, Prevention, Management, and Public Policy.* National Academies Press. Washington, D.C., USA. https://www.nationalacademies.org/news/2016/11/new-report-outlines-steps-to-address-public-health-concerns-of-food-allergy-safety

Newcom DW, Stalder KJ, Baas TJ, Goodwin RN, Parrish FC, Wiegand BR (2004). Breed differences and genetic parameters of myoglobin concentration in porcine longissimus muscle. J Anim Sci 82(8):2264-2268. DOI:10.2527/2004.8282264x.

OECD (1992). *Safety Considerations for Biotechnology 1992*. Paris, France: Organization for Economic Cooperation and Development (OECD). Available at: http://www.oecd.org/science/emerging-tech/2375496.pdf.

OECD (1993). *Safety Evaluation of Foods Derived by Modern Biotechnology: Concepts and Principles.* Organization for Economic Cooperation and Development (OECD). Available at: https://www.oecd.org/science/biotrack/41036698.pdf.

Pariza MW, Foster EM (1983). Determining the safety of enzymes used in food processing. J Food Prot 46(5):453-468 [plus addendum]. DOI:10.4315/0362-028X-46.5.453.

Pariza MW, Johnson EA (2001). Evaluating the safety of microbial enzyme preparations used in food processing: update for a new century. Regul Toxicol Pharmacol 33(2):173-186. DOI:10.1006/rtph.2001.1466.

Pearson WR (2013). An introduction to sequence similarity ("homology") searching. Curr Protoc Bioinformatics 42(1):3.1.1-3.1.8 [Chapter 3, Unit 3.1]. DOI:10.1002/0471250953.bi0301s42.

Platts-Mills TAE, Commins SP, Biedermann T, van Hage M, Levin M, Beck LA, et al. (2020). On the cause and consequences of IgE to galactose-α-1,3-galactose: A report from the National Institute of Allergy and Infectious Diseases Workshop on Understanding IgE-Mediated Mammalian Meat Allergy. J Allergy Clin Immunol 145(4):1061-1071. DOI:10.1016/j.jaci.2020.01.047.

Reyes TF, Chen Y, Fraser RZ, Chan T, Li X (2021). Assessment of the potential allergenicity and toxicity of *Pichia* proteins in a novel leghemoglobin preparation. Regul Toxicol Pharmacol 119:104817 [15pp, plus supplementary data]. DOI:10.1016/j.yrtph.2020.104817.

Rickansrud DA, Henrickson RL (1967). Total pigments and myoglobin concentration in four bovine muscles. J Food Sci 32(1):57-61. DOI:10.1111/j.1365-2621.1967.tb01957.x.

Sewalt V, Shanahan D, Gregg L, La Marta J, Carrillo R (2016). The Generally Recognized as Safe (GRAS) process for industrial microbial enzymes. Ind Biotechnol 12(5):295-302. DOI:10.1089/ind.2016.0011.

Shellabarger Nocito J (1972). *Myoglobin Content and Color of Raw Pork Loin Roasts as Affected by Freezing at Two Rates*. [M.Sc. Thesis]. Knoxville (TN): University of Tennessee. Available at: https://trace.tennessee.edu/cgi/viewcontent.cgi?article=5357&context=utk_gradthes.

Sørensen HP (2010). Towards universal systems for recombinant gene expression. Microb Cell Fact 9:27. DOI:10.1186/1475-2859-9-27.

Spohner SC, Müller H, Quitmann H, Czermak P (2015). Expression of enzymes for the usage in food and feed industry with Pichia pastoris. J Biotechnol 202:118-34.

Texas A&M (2021). *Meat Science*. College Station (TX): Texas A&M University. Available at: https://meat.tamu.edu/ansc-307-honors/meat-color/ [last accessed: March 29, 2021].

U.S. FDA (2006). *Agency Response Letter GRAS Notice No. GRN 204 [Phospholipase C enzyme preparation from <u>Pichia pastoris</u> expressing a heterologous phospholipase C gene, San Diego (CA): Diversa Corporation]*. College Park (MD): U.S. Food and Drug Administration (U.S. FDA), Center for Food Safety & Applied Nutrition (CFSAN), Office of Food Additive Safety. Available at: https://www.cfsanappsexternal.fda.gov/scripts/fdcc/index.cfm?set=GRASNotices&id=205 [Dec. 4, 2006 - FDA response - no questions].

U.S. FDA (2010). *Agency Response Letter GRAS Notice No. GRN 313 [Beef protein, Gloucester (MA): Proteus Industries, Inc]*. Silver Spring (MD): U.S. Food and Drug Administration (U.S. FDA), Center for Food Safety and Applied Nutrition (CFSAN), Office of Food Additive Safety. Available at: https://www.cfsanappsexternal.fda.gov/scripts/fdcc/index.cfm?set=GRASNotices&id=313 [Original FDA letter dated Aug. 11, 2010, corrected Dec. 13, 2010 – FDA response – no questions].

U.S. FDA (2018a). *Agency Response Letter GRAS Notice No. GRN 737 [Soy leghemoglobin preparation from a strain of <u>Pichia pastoris</u>, Redwood City (CA): Impossible Foods Inc]*. College Park (MD): U.S. Food and Drug Administration (U.S. FDA), Center for Food Safety and Applied Nutrition (CFSAN), Office of Food Additive Safety. Available at: https://www.cfsanappsexternal.fda.gov/scripts/fdcc/index.cfm?set=GRASNotices&id=737 [Jul. 23, 2018 - FDA response - no questions].

U.S. FDA (2018b). *Food Allergen Labeling and Consumer Protection Act of 2004 (FALCPA).* (Public Law 108-282, Title II). Silver Spring (MD): U.S. Food and Drug Administration (U.S. FDA). Available at: https://www.fda.gov/food/food-allergensgluten-free-guidance-documents-regulatory-information/food-allergen-labeling-and-consumer-protection-act-2004-falcpa [current as of 07/16/2018].

U.S. FDA (2020a). Part 170—Food additives. §170.30—Eligibility for classification as generally recognized as safe (GRAS). In: *U.S. Code of Federal Regulations (CFR). Title 21—Food and Drugs*. (Food and Drug Administration). Washington (DC): U.S. Government Printing Office (GPO). Available at: https://www.govinfo.gov/app/collection/cfr/2020/title21 [last amended: 4-1-19].

U.S. FDA (2020b). Part 573—Food additives permitted in feed and drinking water of animals. §573-750—Pichia pastoris dried yeast. In: *U.S. Code of Federal Regulations (CFR). Title 21—Food and Drugs*. (Food and Drug Administration). Washington (DC): U.S. Government Printing Office (GPO). Available at: https://www.govinfo.gov/app/collection/cfr/2020/title21 [last amended: 4-1-20].

USDA-ERS (2021). *Food Availability (Per Capita) Data System*. Washington (DC): U.S. Department of Agriculture, Economic Research Service (USDA-ERS). Available at: https://www.ers.usda.gov/data-products/food-availability-per-capita-data-system/ [Last updated: March 29, 2021].

USDA-FSIS (2021). *Safe and Suitable Ingredients Used in the Production of Meat, Poultry and Egg Products - Revision 55*. (FSIS Directive 7120.1). Washington (DC): U.S. Department of Agriculture, Food Safety and Inspection Service (USDA-FSIS). Available at: https://www.fsis.usda.gov/policy/fsis-directives/7120.1.

Vazquez Fuertes L, Perez Bustamante M, Bueso Fernandez A, Gonzalez Pino A, Pineda De La Losa F (2013). A case of eosinophilic esophagitis, with sensitization to BSA (meat allergy) and rhinoconjunctivitis due to dog epithelium. Clin Transl Allergy 3(3):P166 [2pp]. DOI:10.1186/2045-7022-3-S3-P166.

Werfel SJ, Cooke SK, Sampson HA (1997). Clinical reactivity to beef in children allergic to cow's milk. J Allergy Clin Immunol 99(3):293-300. DOI:10.1016/s0091-6749(97)70045-9.

Yip R, Dallman PR (1996). Iron. In: Ziegler EE, Filer LJ Jr, editors. *Present Knowledge in Nutrition, 7th edition*. Washington (DC): International Life Sciences Institute (ILSI), pp. 277-292.