IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IMPOSSIBLE FOODS INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 22-311 (WCB) |
| MOTIF FOODWORKS, INC., Defendant. | ) | |

**NOTICE OF SUBPOENAS**

Pursuant to Fed. R. Civ. P. 45, please take notice that the subpoenas attached hereto as Exhibits 1-4 have been served on Integrity One Solutions and Sarah Q. Nasir.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendant Motif FoodWorks, Inc.*

OF COUNSEL:

Joseph M. Paunovich
Ryan Landes
Sandra L. Haberny
Sarah Cork
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000

Stephen Q. Wood
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
2755 E. Cottonwood Parkway
Suite 430
Salt Lake City, UT 84121
(801) 515-7300

May 8, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 8, 2023, upon the following in the manner indicated:

Ian R. Liston, Esquire
Jennifer A. Ward, Esquire
WILSON SONSINI GOODRICH & ROSATI, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
*Attorneys for Plaintiff Impossible Foods Inc.*

*VIA ELECTRONIC MAIL*

Matthew R. Reed, Esquire
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff Impossible Foods Inc.*

*VIA ELECTRONIC MAIL*

Wendy L. Devine, Esquire
Susannah M. L. Gagnon, Esquire
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
*Attorneys for Plaintiff Impossible Foods Inc.*

*VIA ELECTRONIC MAIL*

Lorelei P. Westin, Esquire
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El Camino Real
San Diego, CA 92130
*Attorneys for Plaintiff Impossible Foods Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)