# DACRI DECLARATION
# EXHIBIT A

**Delegate List**

Confidential; Not to be Republished or Shared

| | | | | | | |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| Lindon | Lilly | Vice President | Plant Base Foods | Consultant | USA | In Person |
| [redacted] | | | | | | |

Copyright Rethink Events

Information Correct as of March 28th, 2022

# DACRI DECLARATION
# EXHIBIT B



## Lindon Lilly · 3rd

President at California Active Shooter Academy LLC

- California Active Shooter Academy LLC

Stockton, California, United States · Contact info

37 connections

Message + Follow More

## Activity

41 followers

**Lindon hasn't posted lately**

Lindon’s recent posts and comments will be displayed here.

Show all activity →

## Experience

**President**
California Active Shooter Academy LLC

**President**
California Active Shooter Academy LLC
Jan 2016 - Present · 7 yrs 5 mos

## Interests

Top Voices Companies Groups



**Arianna Huffington** · 3rd
Founder and CEO at Thrive
10,243,365 followers

+ Follow



**Bill Gates**
Co-chair, Bill & Melinda Gates Foundation
34,710,407 followers

+ Follow

Show all 4 Top Voices →

**People also viewed**

**Kellie M.** · 3rd
Owner at Spy Shop Round Rock
Connect



**Tracey Kroot (Rinker)** · 3rd
Owner, Kroot Private Investigations, LLC
Connect

**Rick A Manzanares** · 3rd+
Private Investigator/Qualified Manager, CALI - Sacramento District Governor
Connect

**MICHAEL WHITTED** · 3rd+
INVESTIGATOR at RHINO INVESTIGATIOINS
Connect



**Logan Clarke** · 3rd
Founder/VP & Director of Investigative Operations at Global Pursuit Investigations
+ Follow

Show more

# DACRI DECLARATION
# EXHIBIT C

| UserAccount | TerminalID | DeviceLabel | Badge | Scan Date/Time | Reg Class |
|---|---|---|---|---|---|
| jdacri@motiffoodworks.com | 2FF9549A1475482 | Julia Dacri | 203763 | 2022-09-08 10:27:52.000 | A1 - All Access Pass |
| RMulligan@motiffoodworks.com | 852A237B37F8431 | Robert Mulligan | 203759 | 2022-09-08 10:27:58.000 | A1 - All Access Pass |

| Company | First Name | Last Name | Title | Address 1 | City | State/Province | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|
| Food 4 thought | Sarah | Nasir | Owner | 230 Park Ave. | New York | NY | 10169 | United States |
| Food 4 thought | Ed | Barry | Investor | 230 Park Ave. | New York | NY | 10169 | United States |

| Phone | Email | Tell us about your business | Please indicate your primary job function? |
|---|---|---|---|
| 6468561246 | fd4t22@gmail.com | Both Plant-Based and Non-Plant Based Product(s) | Buyer/Purchasing |
| 6468561246 | Support@Food4thought.site | Plant-Based Product (s) | Investor |

What are your primary objectives for attending Plant Based World Expo?

Text (to learn more about the plan-based industry)

Text (learn more about the plant-based industry)

What types of products are you most interested in seeing at Plant Based World Expo?

Condiments/Sauce/Dips/Spreads, Pasta/Grains/Rice, Plant-Based Cheese, Plant-Based Dairy, Plant Based Protein, Snacks, Soups/Stews

Functional Food & Drinks, Pasta/Grains/Rice, Plant-Based Cheese, Plant Based Protein, Spices/Seasonings, Snacks, Soups/Stews

| What responsibility or influence do you have on buying or specifying products within your company? | Company URL |
|---|---|
| Direct Influence | Food4though.site |
| Influence | Food4though.site |

| Notes | Lead Rating |
| --- | --- |
| wants to feel raw burger | 0 |
| | 0 |

# DACRI DECLARATION
# EXHIBIT D

**Evan Pearson**

**From:** Motif <info@madewithmotif.com>
**Sent:** Friday, April 14, 2023 3:47 PM
**To:** jdacri
**Subject:** Motif: Contact FORM

Hey there,

Someone just submitted your form on Motif. Here's what they had to say:

| | |
|---|---|
| name: | sara Jamil |
| email: | sarajamil@food4thought.site |
| subject: | sales-inquiry |
| message: | Hi Ive been in contact with Joanne Kennedy about your sample program and missed out on the offer. Is it possible someone can help us. We are a boxed meal distributer in New York. Sara |