**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IMPOSSIBLE FOODS INC., | ) | |
| | ) | C.A. NO. 22-311-WCB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MOTIF FOODWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SERVICE**

Please take notice that on the 25th day of May 2023, a copy of *Plaintiff Impossible Foods Inc.'s Objections and Responses to Motif Foodworks, Inc.'s Second Set of Interrogatories (No. 14)* were served upon counsel as indicated below:

Jeremy A. Tigan
Cindy Cucuzzella
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801
jtigan@morrisnichols.com
ccucuzzella@morrisnichols.com

**VIA ELECTRONIC MAIL**

Joseph M. Paunovich
Ryan Landes
Sandra L. Haberny
Sarah Cork
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
joepaunovich@quinnemanuel.com
ryanlandes@quinnemanuel.com
sandrahaberny@quinnemanuel.com
sarahcork@quinnemanuel.com

**VIA ELECTRONIC MAIL**

Stephen Q. Wood
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, UT 84121
stephenwood@quinnemanuel.com

**VIA ELECTRONIC MAIL**

***COUNSEL FOR DEFENDANT MOTIF FOODWORKS, INC.***

WILSON SONSINI GOODRICH & ROSATI, P.C.

/s/ *Ian R. Liston*
Ian R. Liston (#5507)
Jennifer A. Ward (#6476)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
iliston@wsgr.com
jward@wsgr.com

***Counsel for Plaintiff Impossible Foods Inc.***

OF COUNSEL:

Matthew R. Reed
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
mreed@wsgr.com

Wendy L. Devine
Susannah M. L. Gagnon
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
wdevine@wsgr.com
sgagnon@wsgr.com

Lori P. Westin
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El Camino Real
San Diego, CA 92130
(858) 350-2300
lwestin@wsgr.com

Dated: May 26, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of May, 2023, copies of the foregoing were caused to be served upon counsel of record via CM/ECF.

*/s/ Ian R. Liston*
Ian R. Liston (#5507)