**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IMPOSSIBLE FOODS INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 22-311 (WCB) |
| | ) | |
| v. | ) | |
| | ) | **EXHIBIT A** |
| MOTIF FOODWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## <u>JOINT CLAIM CONSTRUCTION STATEMENT</u>

Pursuant to the Court's Scheduling Order (D.I. 37), Plaintiff Impossible Foods Inc.

("Impossible"), and Defendant Motif FoodWorks, Inc. ("Motif"), hereby provide the parties'

Joint Claim Construction Chart (Exhibit A) as follows.

**EXHIBIT A**

## I.    AGREED CLAIM TERMS

| No. | Claim Term | Joint Proposed Construction |
|-----|-----------|------------------------------|
| 1. | "operably linked" ('492 patent, cl. 1, 14) | "a promoter or other expression element(s) are positioned relative to a nucleic acid coding sequence in such a way as to direct or regulate expression of the nucleic acid (*e.g.*, in-frame)" [1] |

**Plaintiff's Position**:  The parties agreed on the above construction.

**Defendant's Position**:  While Plaintiff's position is true as of the date of this filing, at Plaintiff's request and proposal, the parties only met and conferred on May 30 for approximately 30 minutes.  Plaintiff believes that agreement is potentially possible on one or more terms and that Plaintiff's position is premature.

## II.    DISPUTED TERMS FOR CONSTRUCTION[2]

**Plaintiff's Position**:  The parties propose the following disputed terms for construction.  Plaintiffs' response to Defendant's

---

[1] Motif reserves the right to raise indefiniteness of the term "operably linked" in dispositive motion practice.

[2] The Parties initially identified additional claim terms for construction and Plaintiff proposed that the Parties stipulate to reserving the construction of certain terms for future dispositive briefing.  In the interest of streamlining the claim construction process, and to preserve

statements below are in the cover letter to this joint statement.

**Defendant's Position**:  As shown below, Defendant believes that, consistent with Plaintiff's proposed constructions, certain individual terms require such similar construction that they should be grouped together for efficiency instead of being treated individually.  Defendant believes that, when the terms are grouped appropriately, only eight grouped-terms are at issue for construction. Plaintiff disagrees with Defendant's position and contends that each term, no matter how similar in claim language and proposed construction, should be treated as separate terms and asks that the Court by separate letter to limit terms to be construed at this time to only 10 individual, non-grouped terms.  For the reasons outlined more fully in Motif's portion of the separate letter, Plaintiff's strategic position is unfair, unreasonable and unsupported by the law, particularly given Plaintiff's assertion of 7 patents and at this time still 50 claims spanning 4 distinct patent families.  For the Court's benefit, Defendant has numbered the terms proposed for construction in the chart below (see column 4) to illustrate how terms are grouped and relate to one another, illustrating that the number of unique terms for construction is much smaller than Plaintiff suggests in its numbering scheme.[3]

---

judicial and parties' resources in light of further case narrowing that has been ordered to occur after this submission, the Parties have listed those terms at the end of this joint statement under "Deferred" terms.

[3]   For example, Plaintiff's terms 1-6 correspond to Defendant's term 1; Plaintiff's terms 7-14 correspond to Defendant's term 2; Plaintiff's terms 15-17 correspond to Defendant's term 3; Plaintiff's terms 18-20 correspond to Defendant's term 4;  Plaintiff's term 21

| Plaintiff's Term No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Term No. | Defendant's Proposed Construction |
|---|---|---|---|---|
| 1. | "a non-animal heme-containing protein" ('306 patent, cl. 14, 27; '250 cl. 1, 13) | "a heme-containing protein that contains no proteins the synthesis of which occurred inside an animal" | 1. | "a heme-containing protein that does not have the amino acid sequence of any animal heme-containing protein" |
| 2. | "free of animal heme-containing protein" ('241 patent, cl. 1, 22) | "free of proteins the synthesis of which occurred inside an animal" | 1. | "free of any protein that has the amino acid sequence of any animal heme-containing protein" |
| 3. | "no animal products" ('096 patent, cl. 1; '761 patent, cl. 12) | "no proteins the synthesis of which occurred inside an animal" | 1. | "no products that are the same (e.g., amino acid sequence) as those found in an animal" |
| 4. | "free of animal products" ('241 patent, cl. 23) | "free of proteins the synthesis of which occurred inside an animal" | 1. | "free of any products that are the same (e.g., amino acid sequence) as those found in an animal" |
| 5. | "wherein the heme-containing protein is selected from the group consisting of | Plain and ordinary meaning. | 1. | Indefinite. |

corresponds to Defendant's term 5; Plaintiff's term 22 corresponds to Defendant's term 6; Plaintiff's terms 23-25 correspond to Defendant's term 7; and Plaintiff's term 26 corresponds to Defendant's term 8.

| Plaintiff's Term No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Term No. | Defendant's Proposed Construction |
|---|---|---|---|---|
| | a androglobin, a cytoglobin, a globin E, a globin X, a globin Y, a hemoglobin, a myoglobin, a leghemoglobin, an erythrocruorin, a beta hemoglobin, an alpha hemoglobin, a protoglobin, a cyanoglobin, a cytoglobin, a histaglobin, a neuroglobins, a chlorocruorin, a truncated hemoglobin, a truncated 2/2 globin, and a hemoglobin 3" (′096 patent, cl. 2) | | | |
| 6. | "wherein the heme-containing protein comprises [an] amino acid sequence having at least 80% sequence identity to a polypeptide set forth | Plain and ordinary meaning. | 1. | Indefinite. |

| Plaintiff's Term No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Term No. | Defendant's Proposed Construction |
|---|---|---|---|---|
| | in SEQ ID NOs: 1-26." ('096 patent, cl. 3; '241 patent, cl. 7) | | | |
| 7. | "at least one sugar compound" ('761 patent, cl. 1) | Plain and ordinary meaning. | 2. | "sugar compound added as a flavor precursor to said muscle replica" |
| 8. | "a sugar selected from glucose, ribose, sucrose, fructose, xylose, maltodextrin, and combinations thereof" ('306 patent, cl. 14, 27; '250 patent, cl. 1, 13) | Plain and ordinary meaning. | 2. | "glucose, ribose, sucrose, fructose, xylose, maltodextrin, or combinations thereof added as a flavor precursor to said meat replica matrix" |
| 9. | "a compound selected from glucose, ribose, fructose, lactose, xylose, arabinose, glucose-6-phosphate, maltose, and galactose, and mixtures of two or more thereof" | Plain and ordinary meaning. | 2. | "glucose, ribose, fructose, lactose, xylose, arabinose, glucose-6-phosphate, maltose, and galactose, or mixtures of two or more thereof added as a flavor precursor to said food flavor additive composition" ('096 Patent cl. 1, 14)  "glucose, ribose, fructose, lactose, xylose, arabinose, glucose-6-" |

| Plaintiff's Term No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Term No. | Defendant's Proposed Construction |
|---|---|---|---|---|
| | ('096 patent, cl. 1; '241 patent, cl. 1) | | | phosphate, maltose, and galactose, or mixtures of two or more thereof added as a flavor precursor to said meat-like food product" ('241 Patent cl. 1) |
| 10. | "one or more of glucose, ribose, fructose, lactose, xylose, arabinose, glucose-6-phosphate, maltose, and galactose" ('241 patent, cl. 22) | Plain and ordinary meaning. | 2. | "glucose, ribose, fructose, lactose, xylose, arabinose, glucose-6-phosphate, maltose, and/or galactose added as a flavor precursor to said meat-like-food product" |
| 11. | "at least one sulfur compound" ('761 patent, cl. 1) | Plain and ordinary meaning. | 2. | "at least one sulfur compound added as a flavor precursor to said muscle replica" |
| 12. | "at least one sulfur compound selected from methionine, cysteine and thiamine" ('306 patent, cl. 14, 27; '250 patent, cl. 1, 13) | Plain and ordinary meaning. | 2. | "methionine, cysteine, and/or thiamine added as a flavor precursor to said meat replica matrix" |
| 13. | "a compound selected from cysteine, cystine, thiamine, | Plain and ordinary meaning. | 2. | "cysteine, cystine, thiamine, methionine, or mixtures of two or more thereof added as a flavor precursor to said food flavor |

| Plaintiff's Term No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Term No. | Defendant's Proposed Construction |
|---|---|---|---|---|
| | methionine, and mixtures of two or more thereof" ('096 patent, cl. 1; '241 patent, cl. 1) | | | additive composition" ('096 Patent cl. 1)<br><br>"cysteine, cystine, thiamine, methionine, or mixtures of two or more thereof added as a flavor precursor to said meat-like-food product" ('241 Patent cl. 1) |
| 14. | "one or more of cysteine, cystine, thiamine, and methionine" ('241 patent, cl. 22) | Plain and ordinary meaning. | 2. | "cysteine, cystine, thiamine, and/or methionine added as a flavor precursor to said meat-like-food product" |
| 15. | "muscle replica" ('761 patent, cl. 1) | Plain and ordinary meaning. If the Court decides construction is necessary, this term should be construed to exclude the actual material being replicated or approximated. | 3. | "a composition, separate from other replicas, that mimics key features of muscle before or after cooking; the composition may be partially derived from animal sources" |
| 16. | "fat tissue replica" ('761 patent, cl. 1) | Plain and ordinary meaning. If the Court decides construction is necessary, this term should be construed to exclude the actual material being replicated or approximated. | 3. | "a composition, separate from other replicas, that mimics key features of fat tissue before or after cooking; the composition may be partially derived from animal sources" |
| 17. | "wherein said muscle replica and | Plain and ordinary meaning. | 3. | Indefinite. |

| Plaintiff's Term No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Term No. | Defendant's Proposed Construction |
|---|---|---|---|---|
| | fat tissue replica are assembled in a manner that approximates the physical organization of meat"<br><br>('761 patent, cl. 1) | If the Court decides construction is necessary, this term should be construed to exclude the actual material being replicated or approximated. | | To the extent the Court construes this term: "the muscle replica and fat tissue replica are combined to mimic the appearance of meat, and are visually distinguishable from each other after being combined" |
| 18. | "a Mxr1 transcriptional activator sequence from *P. pastoris*"<br><br>('492 patent, cl. 1, 14; '656 patent, cl. 1, 26) | Plain and ordinary meaning. | 4. | "the sequence of the native *P. pastoris* Mxr1 transcriptional activator" |
| 19. | "a first exogenous nucleic acid encoding a methanol expression regulator 1 (Mxr1) transcriptional activator"<br><br>('656 patent, cl. 1,) | Plain and ordinary meaning. | 4. | "a first exogenous nucleic acid sequence of a native Mxr1 transcriptional activator" |
| 20. | "a nucleic acid encoding a Mxr1 transcriptional activator sequence from *P. pastoris*" | Plain and ordinary meaning. | 4. | "a nucleic acid encoding the sequence of the native *P. pastoris* Mxr1 transcriptional activator" |

8

| Plaintiff's Term No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Term No. | Defendant's Proposed Construction |
|---|---|---|---|---|
| | ('656 patent, cl. 26) | | | |
| 21. | "a concentration of at least 1.5 mM" ('241 patent, cl. 1) | Plain and ordinary meaning with patentable weight for patentability purposes. | 5. | "in a liquid composition having a concentration of at least 1.5 mM" No patentable weight for patentability purposes; only has patentable weight for infringement since a product by process claim. |
| 22. | "food flavor additive composition" ('096 patent, cl. 1) | Plain and ordinary meaning. | 6. | "composition added to a food product to modulate flavor and/or aroma" |
| 23. | "A method for making a meat replica matrix having a beef-like aroma" ('306 patent, cl. 14, 27) | Preamble is limiting. Plain and ordinary meaning. | 7. | Not limiting. If limiting, indefinite. |
| 24. | "meat-associated aroma" ('096 patent, cl. 1; '241 patent, cl. 1, 22) | Plain and ordinary meaning. | 7. | Indefinite. |
| 25. | "beef-like aroma" ('306 patent, cl. 14, 27; '250 patent, cl. 1, 13) | Plain and ordinary meaning. | 7. | Indefinite. |

| Plaintiff's Term No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Term No. | Defendant's Proposed Construction |
|---|---|---|---|---|
| 26. | "promoter element" ('492 patent, cl. 1, 5, 7, 14; '656 patent, cl. 1, 10, 11, 26, 28) | Plain and ordinary meaning. | 8. | Indefinite. |

## III.   TERMS PROPOSED BY MOTIF AND DEFERRED TO DISPOSITIVE MOTIONS

| No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| 1. | "isolated" ('096 patent, cl. 1; '761 patent, cl. 3) | Plain and ordinary meaning. | No patentable weight. |
| 2. | "meat replica matrix" ('250 patent, all asserted claims; '306 patent, all asserted claims) | Plain and ordinary meaning. If the Court decides construction is necessary, this term should be construed to exclude the actual material being replicated or approximated. | Indefinite. |
| 3. | "replica" ('761 patent, cl. 1, 3, 10-13; '250 patent, all asserted claims; '306 patent, cl. 14, 18, 27, 31) | Plain and ordinary meaning. | Indefinite. |
| 4. | "meat-like" | Plain and ordinary meaning. | Indefinite. |

10

| No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | ('241 patent, cl. 1, 7, 12, 16, 17, 19, 20, 22, 23) | If the Court decides construction is necessary, this term should be construed to exclude the actual material being replicated or approximated. | |
| 5. | "partially cooked" ('241 patent, cl. 16) | Plain and ordinary meaning. | Indefinite. |
| 6. | "pink to red color" ('241 patent, cl. 16) | Plain and ordinary meaning. | Indefinite. |
| 7. | "cooking" ('241 patent, cl. 1, 16, 17, 19, 22; '096 patent, cl. 1; '250 patent, cl. 1, 13; '306 patent, cl. 14, 27) | Plain and ordinary meaning. | Indefinite. |
| 8. | "wherein the composition comprises at least 60% of the heme-containing protein on a dry weight basis" ('241 patent, cl. 1) | Plain and ordinary meaning with patentable weight for patentability purposes. | No patentable weight for patentability purposes; only has patentable weight for infringement since a product by process claim. |
| 9. | "by weight" ('250 patent, cl. 1, 5, 10, 13, 17; '306 | Plain and ordinary meaning. | Indefinite. |

11

| No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
|  | patent, cl. 14, 18, 27, 31) |  |  |
| 10. | "UV-VIS spectrum that is substantially similar to that of myoglobin from an animal" ('250 patent, cl. 15) | Plain and ordinary meaning. | Indefinite. |
| 11. | "purified" ('306 patent, cl. 24) | Plain and ordinary meaning. | Indefinite. |
| 12. | "[a/the] recombinant nucleic acid molecule" ('656 patent, cl. 1, 5, 26) | Plain and ordinary meaning. | Indefinite. |
| 13. | "methanol-inducible promoter element" ('492 patent, cl. 5, 7; '656 patent, cl. 1, 10, 11, 28) | Plain and ordinary meaning. | Indefinite. |
| 14. | "constitutive promoter element" ('492 patent, cl. 5) | Plain and ordinary meaning. | Indefinite. |
| 15. | "presence of methanol" ('656 patent, cl. 23) | Plain and ordinary meaning. | Indefinite. |

| No. | Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|-----|-----------|-----------------------------------|-----------------------------------|
| 16. | "absence of methanol" ('656 patent, cl. 24) | Plain and ordinary meaning. | Indefinite. |
| 17. | "stably integrated" ('656 patent, cl. 5) | Plain and ordinary meaning. | Indefinite. |

WILSON SONSINI GOODRICH & ROSATI, P.C.

MORRIS, NICHOLS, ARSHT & TUNNEL LLP

*/s/ Ian R. Liston*

Ian R. Liston (#5507)
Jennifer A. Ward (#6476)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
iliston@wsgr.com
jward@wsgr.com

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Lucinda C. Cucuzzella (#3491)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jtigan@morrisnichols.com
ccucuzzella@morrisnichols.com

*Counsel for Plaintiff Impossible Foods Inc.*

OF COUNSEL:

Wendy L. Devine
Kristina Hanson
Jessica Ramsey
Susannah M. L. Gagnon
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

*Counsel for Defendant Motif FoodWorks, Inc*

OF COUNSEL:

Joseph M. Paunovich
Ryan Landes
Sandra L. Haberny
Sarah Cork
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
(213) 443-3000

14

Matthew R. Reed
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

Lorelei P. Westin
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El. Camino Real
San Diego, CA 92130
(858) 350-2300

Stephen Q. Wood
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2755 E. Cottonwood Parkway
Suite 430
Salt Lake City, UT 84121
(801) 515-7300

Dated:  May 31, 2023