# EXHIBIT 1



# SERVICES AGREEMENT

Parties

The parties to this agreement are Paramount Investigative Services (hereafter, "the Agency") and Wilson Sonsini Goodrich & Rosati PC *C/O* Dr. Lorelei Westin Esq, (hereafter, "the Client").

Confidentiality

As licensed private investigators in the state of California we are bound by "confidentiality." It is Paramount Investigative Services policy that we will ___NOT___ disclose any information without the express written consent from the client. However, on rare occasions we must provide the clients information to law enforcement. FYI: often times we are subpoenaed to provide information. Again, we will NOT disclose information unless our attorney insists that we provide it.

Scope of Work

The Agency has been hired by the Client to attend a trade show, gather intelligence to a potential patent infringer, Motif Foodworks, Inc., ("Target") and attempt to acquire a raw "beef substitute product" (likely in the form of a hamburger or slider patty) from Target. It is agreed that only the Client is permitted to authorize Agency personnel to perform tasks and incur fees and expenses. The Agency reserves the right to determine in its sole discretion which investigative techniques and methods to use in its investigation on behalf of the Client.

Fees

The Client understands and agrees that the Agency is to be paid for its time and expertise as follows: $95.00 per hour for surveillance investigators unless it's under 48 hour notice, then surveillance rates are 125.00 hour. In office investigations are charged at 150.00 per hour. All Agency personnel time will be calculated in tenths of an hour increments after the 4hr minimum has been exhausted. The Client understands and agrees that billable time may include: travel time to and from interviews, surveillances, trials, hearings, depositions. "Billable time also includes but not limited to; all research, report preparation, video processing, and time spent speaking to and meeting with the Clients and their attorneys.

Expenses

The Client agrees to reimburse the Agency for all reasonable expenses incurred during and as part of its representation of the Client. Expenses will be itemized on each invoice by date, description and amount. Reimbursable expenses include, but are not limited to: credit card processing fee of .03%, equipment rental, parking and meals for agency personnel consumed in connection with necessary activities or outside normal

**PARAMOUNT**
INVESTIGATIVE SERVICES

business hours of 8:30 a.m. and 5:00 p.m. The Agency will maintain copies of all receipts for individual expenses in excess of $25.00 which will be available upon request. The Agency agrees to obtain Services Agreement and the Client's permission before incurring any single expense if it reasonably appears to the Agency in advance that the expense is likely to exceed $50.00.

Invoices

The Agency will bill the Client at least monthly or more frequently as determined by the Agency. Invoices will be sent to the Client at the address shown above. All statements will include services performed and expenses incurred since the previous statement, the itemized expenses, activities of the individual investigators including their total hours and fees and show the full amount due for that billing period. If a retainer has been provided, the Agency will deduct the amount due and reflect the retainer balance on the statement. If no retainer has been provided or the retainer account balance is insufficient to pay the amount due, the Client agrees to pay the full amount due within 45 days of the date of the invoice. Payment may be made by check or money order payable to the Agency.

If the amount due is not paid in full within the above designated time, the Agency reserves the right to terminate its services permanently or until such time as the full amount due has been paid.

Late Payment/Non-Payment

The Client agrees that the Agency may, at its option, charge interest on any amounts more than 30 days overdue at a rate 5% simple interest. The Client also agrees that the Agency may refer to a collection agency any unpaid balances overdue more than sixty (60) days. The Client agrees to be liable for all costs associate with collection including attorney fees and service of process.

Fee and Expense Cap

The parties have agreed that the Client authorizes the Agency to perform services and incur expenses up to a total maximum of $15,000. The Agency agrees to make a good faith effort but does not guarantee to notify the Client sufficiently in advance of the probable reaching of any cap in order to avoid an interruption of service. The cap may be extended by mutual agreement of the parties.

Back Out Clause

Once the service is agreed upon and entered into contract by the client. The retainer will be taken and the investigators will commit it to their schedule.  At that point, the client cannot back out.  If the client and investigator agree to terminate the assignment there will be a fee of 4hrs. If there a request to terminate the assignment is under 48hrs or two days, an 8 hour day will be charged to the client. If discovered that the client for any reason lied to or misled investigators as to the scope of the investigation, the investigator will terminate the investigation and keep the retainer.

If any remaining balance is due, it will be returned via check.

Reports

       The Agency agrees to provide oral and written reports exclusively to the Client as are necessary and reasonable in the Agency's sole discretion and will provide a final written report to the Client, unless requested to not do so. The Client understands and agrees that the Agency will not be obligated to provide any oral or written reports unless all previous invoices have been paid in full. All written reports may be provided exclusively to the Client at the address shown below.

File Copies

       The Client agrees that after the file is closed the Agency shall be permitted to retain copies of all reports, invoices, exhibits or evidence acquired during the investigation, including copies of all documents, photos, films, videos and the like provided to the Agency by the Client, as required by law, and up to a period of 5 years. To be clear, the duty of confidentiality by the Agency applies to this and any report, invoice, exhibit or evidence acquired during the investigation.

Warranties/Guarantees

       The Client warrants and guarantees that: (a) it has retained the Agency's services solely and exclusively for the reasons and purposes described above; (b) the Client is not working for any other individual or entity with an interest in the outcome of the Agency's services; and (c) the Client agrees to use the results of the Agency's investigation solely for lawful purposes.

       The Agency warrants and guarantees that: (a) it will professionally and diligently perform the services described above; (b) that it will use only lawful means to conduct its investigation; and (c) that it will maintain Client confidentiality to the extent required and permitted under California and Federal law. The Client authorizes the Agency to use the services of others to assist in carrying out this agreement and the Client further authorizes the Agency to share confidential client information with other investigative agencies or experts hired by the Agency to assist in the investigation and with the Agency's legal counsel to obtain legal advice.

       The Agency does not and cannot warrant or guarantee any particular result or outcome from its investigative efforts. The Client understands and agrees that the Agency cannot guarantee the accuracy of information provided to it by witnesses, government agencies, news services, web sites, data brokers and other sources. Therefore, the Client assumes all responsibility and liability for any reliance on information provided by the Agency and any disclosures of such information made by the Client to third parties.

       Any estimates on the likely costs of the Agency's services or the time required to complete our services are simply good faith estimates and do not constitute a prediction or guarantee.

Termination

The Client and Agency each reserve the right to terminate this agreement at any time and for any reason. Each agrees to notify the other orally, if feasible, and thereafter in writing. The Client agrees to pay and reimburse the Agency for any services and expenses earned or incurred until receipt of the written notice of termination. See "back out clause" for further details to termination fees.

Dispute Resolution

All disputes, claims and counterclaims arising out of, relating to, or in connection with this Agreement, whether based on statue, tort, contract, common law or otherwise, ("disputes') shall be resolved by binding arbitration as described herein. Any Party may commence binding arbitration proceedings to resolve a dispute by providing the other Party written notice of its intent to arbitrate. Arbitration shall be conducted in accordance with the procedures set forth in Title 9, Part III of the California Code of Civil Procedure (Sections 1280, et. seq.). The arbitration shall be conducted in Los Angeles County, California and California law shall govern all proceedings. The arbitrator shall be an independent third party agreed to by the Parties. If the Parties cannot agree to an arbitrator within fifteen (15) days from the date of the notice of intent to arbitrate, either Party may petition the Superior Court of Los Angeles County for the appointment of a neutral arbitrator. The cost of the arbitrator's fees, including the costs of the facility and the administration of the arbitration shall be shared equally by the Parties. Attorney fees and costs incurred by the Parties shall be paid in the manner determined by the arbitrator. Judgment upon an award by the arbitrator may be entered in any court having jurisdiction, or application may be made by either party to such court for a judicial confirmation and acceptance of the award and an order of enforcement, as applicable.

Counterpart

This Agreement may be executed in counterparts, each of which shall be deemed to be an original and all of which together shall constitute one and same instrument.
I have carefully reviewed the above agreement and agree to its terms and have received a copy of the Agency's Client Information Form.

**PARAMOUNT INVESTIGATIVE SERVICES**

DocuSigned by:
*Dr. Lori Westin Esq*
2361086C900B483...

[CLIENTS (S) SIGNATURE (S)]

Date: 2/26/2022

Dr. Lori Westin Esq

[CLIENT(S) NAME(S)]

12235 El Camino Real | San Diego, CA 92130

[ADDRESS]

858.350.2225

[PHONE NUMBER]

## Payment Authorization Form

Please complete all fields.

| Credit Card Information: |
| --- |
| Card Number:  -------------------------------------------------------------- _____ |
| Expiration Date (mm/yy):              / |
| Security Code: |
| Cardholder ZIP Code (from billing address): |
| Payment Amount: |

**Authorization Signature:** _____

# EXHIBIT 2



**PRIVILEGED & CONFIDENTIAL**

December 8, 2021

**SENT VIA EMAIL:** lwestin@wsgr.com

Lorelei P. Westin, Esq.
Wilson Sonsini Goodrich & Rosati
12235 El Camino Real
San Diego, CA 92130-3002

**Re: Engagement of T&M USA, LLC**

Dear Ms. Westin:

This agreement, ("Agreement"), shall confirm the engagement of T&M USA, LLC, ("T&M"), by Wilson Sonsini Goodrich & Rosati, ("Counsel"), to provide investigative services to assist in the representation of your client, Impossible Foods, ("Client"), as further described herein.

**SCOPE OF SERVICES**

T&M will conduct a discreet wide-ranging investigation into a parent company and its subsidiary (the "Subject Companies"), known by Counsel, with the aim of obtaining a sample of a certain product that can be tested by the Client. In pursuing this objective, T&M will conduct desktop research, attend food trade shows, use undercover operatives, and launch field operations.[1,2]  T&M shall not engage in any activity that is illegal under the State of New York or local law, or allow others to engage in illegal activities on T&M's behalf.

**PROFESSIONAL FEES & PAYMENT**

T&M offers services for the hourly fees listed below, plus expenses and applicable sales taxes.

| Investigative Personnel | Hourly Fee |
| --- | --- |
| Executive Vice President & Vice President, Investigations | $450.00 |
| Managing Director | $325.00 |
| Investigator/Analyst | $250.00 |

.

---

[1] The scope of work may include investigation into past and current employees and investors at Counsel's direction.

[2] T&M may also search for leads, and investigate recent allegations of fraud, arising from the aforesaid parent company's September 2021 trading debut on the NYSE at Counsel's direction (*see* https://www.morningstar.com/news/globe-newswire/8384237/shareholder-alert-pomerantz-law-firm-investigates-claims-on-behalf-of-investors-of-ginkgo-bioworks-holdings-inc-dna)



**PRIVILEGED & CONFIDENTIAL**

---

If any additional services of T&M are required, the hourly rate shall be mutually agreed upon in advance by Counsel and T&M.

It is mutually understood that T&M will start this investigation with a budget of $10,000, an amount not to be exceeded without the express permission of Counsel.

Counsel will receive an invoice on a monthly basis and will be required to remit payment if payment is due. Payments received by T&M more than thirty (30) days after invoice date are subject to delayed payment charges of 1½% per month. Payments may be made by check, credit card or wiring.

### CONFIDENTIALITY

T&M understands that all communications with Counsel in connection with this matter are strictly confidential. Accordingly, all correspondence, reports, memoranda and other written communications prepared by T&M in connection with this engagement will be prominently marked "**PRIVILEGED & CONFIDENTIAL**".

Unless compelled by legal process in a court or other legal proceeding to testify or provide documents, T&M and its representatives will not disclose, without appropriate permission, the content of any oral or written confidential communication received during this engagement, nor any information that is obtained as a result of T&M rendering the services contemplated hereby.

If any person or entity requests or subpoenas any information or materials relating to this engagement which is within T&M's custody or control (or the custody or control of any of T&M's agents or representatives), unless prohibited by law T&M will inform Counsel of such request or subpoena. Should Counsel require T&M to take any legal action to seek protection against disclosure of such information or materials, Client will either retain legal counsel to represent T&M or will indemnify T&M for all costs and expenses, including reasonable attorney's fees and disbursements, resulting from such action.

### LIMITATION OF LIABILITY

T&M is not liable to Counsel or Client except for gross negligence or intentional misconduct. T&M's total liability to Counsel or Client shall not, in the aggregate, exceed all amounts actually paid to T&M under this Agreement.

### INDEMNIFICATION

Counsel and Client agree to defend, hold harmless and indemnify T&M (including T&M's officers, directors, employees and agents) against all claims, damages and costs (including reasonable attorney's fees and disbursements) arising out of this engagement except to the extent determined to have resulted from the violation of law, negligence or misconduct of T&M personnel or others working at T&M's direction.



**PRIVILEGED & CONFIDENTIAL**

**DISCLAIMER**

Counsel and Client acknowledge that T&M is not a law firm; that services provided by T&M do not constitute legal services; that T&M is not engaged in rendering legal advice or opinions; and that any advice or opinions offered by T&M or any of its employees, officers or agents is not intended as legal advice and is not to be relied upon by Counsel or Client as such.

**ACCEPTANCE OF AGREEMENT**

This Agreement may be executed in counterparts, each of which when so executed and delivered shall be an original, but all of which shall constitute one and the same instrument. A signed copy of this Agreement delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Agreement.

If this Agreement is acceptable, please have it executed as requested below and return a copy to me. Should you have any questions regarding this Agreement contact me directly at 212.514.4525.

Sincerely,

| T&M USA, LLC | ACCEPTED AND AGREED TO BY: |
|---|---|
| | **Wilson Sonsini Goodrich & Rosati** |
| *Michael J. Mansfield* | By: *Lorelei Westin* |
| Michael J. Mansfield, Esq. | (An Authorized Signatory) |
| Executive Vice President | Name: __Lorelei Westin_____ |
| Investigations & Consulting | Title: ___Partner_____ |
| | Date: ___December 8, 2021_____ |

# EXHIBIT 3

| | |
|---|---|
| **From:** | Tigan, Jeremy A. <JTigan@morrisnichols.com> |
| **Sent:** | Monday, March 14, 2022 9:41 AM |
| **To:** | Liston, Ian |
| **Cc:** | Ward, Jennifer |
| **Subject:** | Impossible/Motif (No. 22-311) |

**[External]**

Hi Ian,

We'll be representing Motif. Can we get a 30-day extension to respond to the complaint (to 4/29)? If so, I'll send you a stipulation.

Thanks,

Jeremy

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.